The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BERNADEAN RITTMANN, FREDDIE CARROLL, JULIA WEHMEYER, and RAEF LAWSON individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,

Defendants.

No. 2:16-cv-01554-JCC

DECLARATION OF JAMES P. WALSH, JR. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR NOTICE TO BE ISSUED TO SIMILARLY SITUATED EMPLOYEES PURSUANT TO 29 U.S.C. § 216(b)

**ORAL ARGUMENT REQUESTED**

NOTE ON MOTION CALENDAR: JANUARY 20, 2017

## **DECLARATION OF JAMES P. WALSH, JR.**

Pursuant to 28 U.S.C. § 1746, I, James P. Walsh, Jr., declare as follows:

1. I am an attorney with the law firm of Morgan, Lewis & Bockius LLP. I am one of the attorneys representing Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants") in this lawsuit. I have personal knowledge of the facts stated in this Declaration. If called to testify to these facts, I would be competent to do so.

DECLARATION OF J. WALSH
(2:16-CV-01554-JCC)   1

MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, N.J. 08540
+1.609.919.6600

2. A true and accurate copy of the Order issued in *Holmes v. Quest Diagnostics, Inc.*, No. 9:11-CV-80567-KMW (S.D. Fla.), on June 14, 2012, is attached as Exhibit A.

3. A true and accurate copy of the Order issued in *Stelmachers v. Maxim Healthcare Servs., Inc.*, No. 1:13-CV-01062-RLV (N.D. Ga.), on August 5, 2013 is attached as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of January, 2017, in Princeton, New Jersey.

JAMES P. WALSH, JR

DECLARATION OF J. WALSH
(2:16-CV-01554-JCC)　　　　　2

MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, N.J. 08540
+1.609.919.6600