| | |
|---|---|
| | HONORABLE JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERNADEAN RITTMANN, FREDDIE CARROLL, JULIA WEHMEYER, and RAEF LAWSON individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants. | No. 2:16-cv-01554-JCC<br><br>DECLARATION OF CARLY CRAFT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR NOTICE TO BE ISSUED TO SIMILARLY SITUATED EMPLOYEES PURSUANT TO 29 U.S.C. § 216(b)<br><br>ORAL ARGUMENT REQUESTED<br><br>NOTE ON MOTION CALENDAR: JANUARY 20, 2017 |

DECLARATION OF CARLY CRAFT
NO. 2:16-CV-01554-JCC

MORGAN, LEWIS & BOCKIUS LLP
502 CARNEGIE CENTER
PRINCETON, N.J. 08540
+1.609.919.6600

## DECLARATION OF CARLY CRAFT

I, CARLY CRAFT, hereby declare as follows:

1. I have personal knowledge of the factual statements set forth in this declaration.

2. I live in Seattle, Washington.

3. I signed up to participate in the Amazon Flex program in November 2015.

4. My husband initially signed me up for the program as a joke because I used the service so often for household deliveries. However, once I watched videos that explained the service I would provide, I decided to give it a try and realized I liked it.

5. When I signed up for the Amazon Flex program, I was presented with the terms of the program and I was aware that any disputes with Amazon had to be arbitrated.

6. I am able to access the terms of the program at any time through the Amazon Flex app. Additionally, anytime Amazon updates the terms of the program, I receive an email with the new terms. In a recent update, I saw a statement about my ability to opt-out of arbitration, but did not opt-out.

7. In the Spring of 2016 I applied to the state of Washington for an independent business license to be able to deliver and resell of goods. During the application process, I also had the ability to select a trade name. I selected "CEC Delivery."

8. Amazon told me that I could obtain an independent business license but did not require me to do so as a condition of participating in the Amazon Flex program. I decided to register as someone engaged in the delivery of goods to support my Amazon Flex delivery

DECLARATION OF CARLY CRAFT
No. 2:16-cv-01554-JCC

2

MORGAN, LEWIS & BOCKIUS LLP
502 CARNEGIE CENTER
PRINCETON, N.J. 08540
+1.609.919.6600

operation. I registered as someone engaged in the resale of goods to support my interest in refurbishing, repurposing, and reselling discarded items.

9. I am also registered as a driver through Uber but rarely drive Uber because I make more money through the Amazon Flex program.

10. One reason I love participating in the Amazon Flex program is because it's flexible. For example, on one occasion, I decided to drop one of my delivery blocks about forty-five minutes or one hour before the block started because I wanted to go to my son's football game. I was not penalized in any way for dropping the block and did not have to get any approval to drop the block.

11. I do not know any other jobs where you can call out 45 minutes before your shift without any consequence.

12. Amazon does not treat me like an employee. For example, when I go to the warehouse to pick up deliveries I do not park in the Amazon employee parking lot and my interactions with the Amazon employees at the warehouse are limited.

13. Amazon did not provide me any substantive training before I began making deliveries. When I walked into the warehouse for the first time, it was kind of "sink or swim." I figured things out on my own.

14. When I first signed up for the program, I picked up packages from the warehouse located in downtown Seattle. Now I pick up packages from the warehouse in the Shoreline area of North Seattle.

DECLARATION OF CARLY CRAFT
No. 2:16-cv-01554-JCC

3

MORGAN, LEWIS & BOCKIUS LLP
502 CARNEGIE CENTER
PRINCETON, N.J. 08540
+1.609.919.6600

15. Amazon has never told me to drive any specific car for deliveries. I typically make deliveries using a 2013 Kia Optima.

16. When I first started making deliveries, I remember some delivery providers had Amazon hats, but I was not offered an Amazon hat and do not wear any Amazon apparel. Likewise, I do not put any Amazon decals on my vehicle.

17. The Amazon Flex app has a built in GPS and Amazon also provides recommended routes for deliveries. But I usually use my car's GPS and shuffle around deliveries to make my routes more efficient given my knowledge of the city and the traffic patterns.

18. To assist with my deliveries, I purchased a dolly I found at a garage sale. I use the dolly to help with heavy deliveries, for example, when people order multiple cases of water or other beverages.

19. I also purchased a $20 cell phone holder. A few days ago, I ordered a new cell phone holder that automatically charges my phone through a magnet. It cost $60 but will be worth the money because my phone dies quickly when making deliveries and running the Amazon app.

20. Amazon did not require me to use or purchase the dolly or the cell phone holders. These purchases were entirely my own decision so that I can effectively and efficiently deliver packages to customers within the time frames the customers are expecting their deliveries.

21. I understand that this declaration is being provided in connection with a lawsuit brought against Amazon by current and/or former DPs who claim that Amazon should have

DECLARATION OF CARLY CRAFT
No. 2:16-cv-01554-JCC

4

MORGAN, LEWIS & BOCKIUS LLP
502 CARNEGIE CENTER
PRINCETON, N.J. 08540
+1.609.919.6600

classified them as employees and paid them minimum wage and overtime. I understand that the plaintiffs are seeking to represent current and former DPs, including me, in the lawsuit. I understand that I may be invited to join the lawsuit, and I could be eligible to participate. What I say in this declaration is the truth. I also understand that the lawyer(s) who interviewed me and prepared this declaration for me represents Amazon and does not represent me.

22. I am providing this statement voluntarily and without any duress, threats, intimidation or coercion. I understand that I did not have to give this declaration, can provide or refuse to provide a declaration or testimony, and know that giving information in this declaration is not a condition of my contract with Amazon. I attest to the information in this declaration voluntarily and of my own free will.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 11, 2017 in Seattle, Washington.

_____
CARLY CRAFT

DECLARATION OF CARLY CRAFT
No. 2:16-cv-01554-JCC

5

MORGAN, LEWIS & BOCKIUS LLP
502 CARNEGIE CENTER
PRINCETON, N.J. 08540
-1.609.919.6600