HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BERNADEAN RITTMANN, FREDDIE CARROLL, JULIA WEHMEYER, and RAEF LAWSON individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,

Defendants.

No. 2:16-cv-01554-JCC

DECLARATION OF MICHAEL GILLIARD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR NOTICE TO BE ISSUED TO SIMILARLY SITUATED EMPLOYEES PURSUANT TO 29 U.S.C. § 216(b)

ORAL ARGUMENT REQUESTED

NOTE ON MOTION CALENDAR: JANUARY 20, 2017

DECLARATION OF MICHAEL GILLIARD
NO. 2:16-CV-01554-JCC

Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, N.J. 08540
+1.609.919.6600

1

# DECLARATION OF MICHAEL GILLIARD

I, MICHAEL GILLIARD, hereby declare as follows:

1. I have personal knowledge of the factual statements set forth in this declaration.

2. I am an Amazon Flex Delivery Partner in Atlanta, Georgia.

3. I originally signed up for Amazon Flex in November 2015 after resigning from full-time employment that did not provide enough flexibility. I deliver items ordered by customers from Prime Now and made my first delivery in December 2015.

4. The number of blocks during which I have delivered in any week has varied over time. Initially, I delivered up to six hours per day while also being employed full time.

5. Currently, though I am still active with Amazon Flex, I pick up fewer blocks due to a variety of circumstances, including a new schedule (1:30 p.m. to 10:00 p.m.) with my employer.

6. What I like most about Amazon Flex is the ability of doing it on the side. I have been able to fit blocks around other aspects of my life, whether that has been my full-time employment, my hobbies, which include coaching high school football and track, or making seasonal deliveries for a package delivery company.

7. Amazon Flex has also been a good way to supplement my income, especially since my deliveries for Prime Now are eligible for tips in addition to the fees per block paid by Amazon Flex.

8. In my experience, Amazon Flex pretty much allows me the freedom and flexibility that I want. I load my car in the way that makes sense for me, and I can deliver in whatever order I want.

9. Although the app can sometimes be a guide, it is not always best. Sometimes traffic, or even personal knowledge, is a better basis for delivering in a certain order. Ultimately,

DECLARATION OF MICHAEL GILLIARD
NO. 2:16-CV-01554-JCC

2

as long as I get the job done within the time frame I promised, it is not an issue. I have a record of approximately 98% on-time deliveries, and I have never had a problem with having an issue resolved through Amazon's call center.

10. I do not consider myself an employee of Amazon, and I do not think that DPs should be converted to employees.

11. At the time I onboarded with Amazon Flex through the app, I reviewed the Terms of Service, which made it clear to me that I was signing on as an independent contractor. I believe that my actual experiences have been consistent with the expectation set by the terms as I understood them in the app.

12. I understand that this declaration is being provided in connection with a lawsuit brought against Amazon by current and/or former DPs who claim that Amazon should have classified them as employees and paid them minimum wage and overtime. I understand that the plaintiffs are seeking to represent current and former DPs, including me, in the lawsuit. I understand that I may be invited to join the lawsuit, and I could be eligible to participate. What I say in this declaration is the truth. I also understand that the lawyer(s) who interviewed me and prepared this declaration for me represents Amazon and does not represent me

13. I am providing this statement voluntarily and without any duress, threats, intimidation or coercion. I understand that I did not have to give this declaration, can provide or refuse to provide a declaration or testimony, and know that giving information in this declaration is not a condition of my contract with Amazon. I attest to the information in this declaration voluntarily and of my own free will.

DECLARATION OF MICHAEL GILLIARD
NO. 2:16-CV-01554-JCC

3

MORGAN, LEWIS & BOCKIUS LLP
502 CARNEGIE CENTER
PRINCETON, N.J. 08540
+1.609.919.6600

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 12, 2017

_Michael J. Gilliard II_
MICHAEL GILLIARD

DECLARATION OF MICHAEL GILLIARD
NO. 2:16-CV-01554-JCC

4

MORGAN, LEWIS & BOCKIUS LLP
502 CARNEGIE CENTER
PRINCETON, N.J. 08540
+1.609.919.6600