HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERNADEAN RITTMANN, FREDDIE CARROLL, JULIA WEHMEYER, and RAEF LAWSON individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants. | No. 2:16-cv-01554-JCC<br><br>DECLARATION OF MICHELLE PREVETTE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR NOTICE TO BE ISSUED TO SIMILARLY SITUATED EMPLOYEES PURSUANT TO 29 U.S.C. § 216(b)<br><br>ORAL ARGUMENT REQUESTED<br><br>NOTE ON MOTION CALENDAR: JANUARY 20, 2017 |

DECLARATION OF MICHELLE PREVETT
NO. 2:16-CV-01554-JCC

MORGAN, LEWIS & BOCKIUS LLP
502 CARNEGIE CENTER
PRINCETON, N.J. 08540
+1.609.919.6600

1

# DECLARATION OF MICHELLE PREVETTE

I, Michelle Prevette, hereby declare as follows:

1. I have personal knowledge of the factual statements set forth in this declaration.

2. I currently drive as an independent contractor for UberEats, Favor, and Amazon Flex.

3. I have worked as a Delivery Partner ("DP") in the Amazon Flex program for most of 2016. Originally, I contracted to drive from a Prime Now location in Dallas. Then, after a few months, I decided to switch my contract and began running deliveries for Amazon Logistics out of their warehouse in Farmers Branch. After working in that location for a while, I found that I preferred doing Prime Now deliveries, so I re-contracted to go back to my Prime Now location. It was totally up to me as to which operation to deliver for.

4. My work delivering Prime Now blocks is very different from my work delivering for Amazon Logistics.

5. For example, my Prime Now blocks are usually much smaller than Amazon Logistics blocks and take less time. My usual Prime Now block is about two hours. I sometimes do one-hour deliveries during my two-hour blocks. My usual Amazon Logistics blocks were larger and usually lasted about four hours.

6. As another example, when I pick up blocks at the Prime Now location, I park outside, go into the warehouse, pick up my block, take it out to my car, and leave as soon as I finish loading. When I drove for Amazon Logistics, I had to drive into the warehouse, load my block directly from a rack into my car, and then exit the warehouse.

DECLARATION OF MICHELLE PREVETT
NO. 2:16-CV-01554-JCC

2

7. One big difference between Prime Now and Amazon Logistics is that I am eligible for tips when I make Prime Now deliveries. I was not eligible for tips when I made Amazon Logistics deliveries.

8. Making sure Amazon's customers are satisfied with my deliveries is very important to me. So, I am always looking for ways to do my work in a way that will make the customers happier with Amazon and my services.

9. One example of my effort to find better ways to make deliveries is how I handle hot and cold food deliveries. While doing Prime Now, UberEats, and Favor deliveries, I discovered a problem that was making the customers unhappy—the hot food I deliver was sometimes getting too cold by the time I could complete the delivery, and the cold food was sometimes warming too much before I could complete the delivery. Amazon and UberEats did not provide me with any sort of equipment to keep the food at the right temperature. To address this issue, I got insulated bags to transport temperature-sensitive items. I paid for these bags myself. I have found that using the insulated bags tends to result in happier customers. I have also seen that my tips are better as a result of the bags. I use my insulated bags for my work with Amazon, UberEats, and Favor.

10. I have never been called, emailed, or texted by Amazon employees at the warehouse while on the road making deliveries. The only contact I have with Amazon while making deliveries is through Amazon Flex support contact information in the app.

11. I do this work because its pays well, and I enjoy the flexibility and control it gives me over my work. I get to make my own schedule, and I decide the best way to do my

DECLARATION OF MICHELLE PREVETT
NO. 2:16-CV-01554-JCC

3

Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, N.J. 08540
+1.609.919.6600

deliveries. I am very proud of my work for Amazon Flex, and I know the extra steps I take, like using insulated bags, mean the customers who receive packages through me have a better experience than if someone else makes their delivery.

12. There are a lot of different ways of doing things. For example, in the Amazon Flex app, it might take me a longer way on my route. Instead of following the Amazon Flex app, I take the addresses from the app and put them into Google Maps to navigate a more efficient route.

13. At the Prime Now warehouse, I pick up and then deliver Amazon Fresh packages, which are Amazon groceries. I do not receive tips for Fresh deliveries through the app. When I get to the warehouse, I take a paper ticket with numbers on it and then get a route in order of the number on the ticket. Recently over the holidays, I had been at the warehouse where the warehouse employees were trying to send out Fresh packages. Instead of going up when their numbers were called, I observed other drivers step back to skip their numbers to avoid taking any Amazon Fresh packages and wait to get only the brown bag packages which get tips through the app. Rather than wait for my number to get called, I opted to offer to take Fresh packages because I have started to find that I might get cash tips from customers for Fresh deliveries.

14. I understand that this declaration is being provided in connection with lawsuits brought against Amazon by current and/or former DPs who claim that Amazon should have classified them as employees and paid minimum wage and overtime. I understand that the plaintiffs are seeking to represent current and former DPs, including me, in a collective action lawsuit. I understand that I may be invited to join the lawsuit and that I could be eligible to

DECLARATION OF MICHELLE PREVETT
NO. 2:16-CV-01554-JCC

4

Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, N.J. 08540
+1.609.919.6600

participate. What I say in this declaration is the truth. I also understand that the lawyer(s) who interviewed me and prepared this declaration for me represents DSI and does not represent me.

15. I am providing this statement voluntarily and without any duress, threats, intimidation or coercion. I understand that I did not have to give this declaration, can provide or refuse to provide a declaration or testimony, and know that giving information in this declaration is not a condition of my contract with Amazon. I attest to the information in this declaration voluntarily and of my own free will.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 3, 2017 in Dallas County, Texas.

_____
Michelle Prevette

DECLARATION OF MICHELLE PREVETT
NO. 2:16-CV-01554-JCC

5

Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, N.J. 08540
+1.609.919.6600