HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

BERNADEAN RITTMANN, FREDDIE CARROLL, JULIA WEHMEYER, and RAEF LAWSON individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,

Defendants.

No. 2:16-cv-01554-JCC

DECLARATION OF THYAIS R.J. MEADE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR NOTICE TO BE ISSUED TO SIMILARLY SITUATED EMPLOYEES PURSUANT TO 29 U.S.C. § 216(b)

ORAL ARGUMENT REQUESTED

NOTE ON MOTION CALENDAR: JANUARY 20, 2017

DECLARATION OF THYAIS R.J. MEADE
CASE NO. 2:16-CV-01554

Morgan, Lewis & Bockius LLP
Attorneys at Law
502 Carnegie Center
Princeton, NJ 08540-6241
+1.609.919.6600

# DECLARATION OF THYAIS R.J. MEADE

I, THYAIS R.J. MEADE, hereby declare as follows:

1. I have personal knowledge of the factual statements set forth in this declaration.

2. I have been providing services to Amazon Flex as an independent contractor Delivery Partner ("DP") since approximately December 2015. I deliver from a Prime Now location in Seattle, Washington.

3. When I signed up for Amazon Flex, I understood that I was an independent contractor, and I still view myself that way. I am my own employer, and Amazon isn't employing me; Amazon is just contracting with me to provide a service.

4. When I started with Amazon Flex, I watched some videos that provided insight into possible scenarios I might come across while I was delivering. I would not call anything that occurred during the onboarding process training – it was really just some videos. I wouldn't compare it to training at other jobs I've had because I don't consider it training. It was just letting me know things about the Amazon Flex program that I would not have otherwise known.

5. When I first started driving for Amazon Flex, I would actively search for blocks by checking the app almost every hour or 30 minutes for blocks that would pop up as available during the day. Now, I normally don't actively check for open blocks. Instead, I set my availability in the app and generally accept the blocks that are reserved for me based on my availability preferences.

6. From the beginning, I understood that I can accept whatever blocks I want to pick up. Amazon doesn't direct the number of blocks I drive. I have a different, full-time job and am a single parent, so I fit Amazon Flex around that job and my other obligations. Whenever I have

DECLARATION OF THYAIS R.J. MEADE  
CASE NO. 2:16-CV-01554

2

time, I will try to do a block. Also, on other occasions, there have been times where I have certain time blocks reserved, but because of other commitments, I have forfeited those blocks ahead of time. As long as I drop the blocks forty-five minutes ahead of my block, there are no issues. Even if I fail to drop a block in less than 45 minutes before my block start time, that is okay so long as I don't do it too many times. If I do it too many times, it is my understanding that it could affect my future capabilities to get blocks. I can understand that given that I have contracted with Amazon to provide timely delivery to its customers.

7. I try to deliver with Amazon Flex two to three days per week. Usually I try to keep my hours fairly low, so I would say I typically do six or eight blocks in a week.

8. Once I accept a certain time block, I drive to the pick-up location at the Amazon site and sign in. Then, my name is called, and I either receive a cart full of packages or I can go and pick up packages myself for my route. I have also done restaurant and other store deliveries where I will pick up deliveries from a non-Amazon location.

9. I don't know any of the Amazon employees personally at the site where I pick up my packages. Other than getting packages initially and making sure I've scanned all my packages for the route I have, I have very little interaction with Amazon employees at the site. I'm really not instructed or directed by Amazon employees. While Amazon is the one providing me with packages, and Amazon works with me to make sure I have the correct number of packages, I am providing a service to deliver the packages. Once I'm out on the street and actively doing deliveries, everything is up to me, and there really isn't any control there.

10. I load my packages in my car based on what best meets my needs. If a customer has multiple packages, I group them together. If there's a certain delivery route I am taking, I

DECLARATION OF THYAIS R.J. MEADE  3
CASE NO. 2:16-CV-01554

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
502 Carnegie Center
Princeton, NJ 08540-6241
+1.609.919.6600

might put certain packages closer to one side of the car than the other to make the delivery quicker. Everyone does it their own way. I load my car as best fits my needs so I can be as efficient as possible when I'm out on the road.

11. For the most part, I will follow the stops on the route provided in the Amazon app, but I will not use the navigation system. However, if there is traffic or some other scenario or obstacle that gets in my way, I will avoid that obstacle. Because I usually follow the stops on the route, I have never skipped a package on the route and come back to it because I don't like doing that – I'm an A to Z person, and I want to make sure I don't miss anything. I will sometimes re-arrange the route to make sure that at the end of the block I am closer to home (which is about thirty minutes south of the Seattle area) if I recognize the addresses and know I can reverse the route.

12. I estimate I drive between fifty-five and seventy-five miles in a week driving with Amazon Flex. I use my own personal car and do not have any Amazon stickers on it. I have gained a lot of confidence in my driving skills since driving with Amazon Flex.

13. I almost always finish my deliveries within my block time. I only had to return a package to the site one time when I had arrived at a customer's home in a high-rise and couldn't deliver the package. I waited until I had finished my other deliveries, and then I returned the packages to the pick-up location.

14. When delivering with Amazon Flex, I run my own business. I set my own hours, and I'm using my own resources like my vehicle and gas, and I'm basically beholden only to myself while I'm on the road. The only times I am ever in contact with anyone from Amazon when I'm on the road is if there's an issue with a package or I can't deliver a package. In those

DECLARATION OF THYAIS R.J. MEADE 4
CASE NO. 2:16-CV-01554

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
502 Carnegie Center
Princeton, NJ 08540-6241
+1.609.919.6600

instances, I contact Amazon support. I have had a time during a restaurant delivery where Amazon dispatch contacted me (at first, with a canned message) to let me know that the restaurant delivery was not ready yet. Other than that, I have had no interaction with Amazon when I'm on the road. I am on my own, making decisions and fulfilling a service. I am my own boss.

15. I understand that this declaration is being provided in connection with a lawsuit brought against Amazon by current and/or former DPs who claim that Amazon should have classified them as employees and paid them minimum wage and overtime. I understand that the plaintiffs are seeking to represent current and former DPs, including me, in the lawsuit. I understand that I may be invited to join the lawsuit, and I could be eligible to participate. What I say in this declaration is the truth. I also understand that the lawyer(s) who interviewed me and prepared this declaration for me represents Amazon and does not represent me.

16. I am providing this statement voluntarily and without any duress, threats, intimidation or coercion. I understand that I did not have to give this declaration, can provide or refuse to provide a declaration or testimony, and know that giving information in this declaration is not a condition of my contract with Amazon. I attest to the information in this declaration voluntarily and of my own free will.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on January 9, 2017 in Tacoma, Washington.

_____
Thyais Meade

DECLARATION OF THYAIS R.J. MEADE 5
CASE NO. 2:16-CV-01554

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
502 Carnegie Center
Princeton, NJ 08540-6241
+1.609.919.6600