THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*, | CASE NO. C16-1554-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for reconsideration (Dkt. No. 78) of the Court's order granting Defendants' motion to stay (Dkt. No. 77). "Motions for reconsideration are disfavored." Local Civ. R. 7(h). A motion for reconsideration is noted under Local Civil Rule 7(d)(1). "Motions noted under LCR 7(d)(1) . . . shall not exceed six pages." Local Civ. R. 7(e)(1). The substantive portion of Plaintiffs' motion is 11 pages. (Dkt. No. 78 at 5–16.)

Plaintiffs are hereby ORDERED to resubmit their motion for reconsideration in conformity with the Local Civil Rules no later than April 13, 2017. Should Plaintiffs not resubmit a motion for reconsideration within the page limits, the Court will consider only the first six pages of the present motion.

DATED this 6th day of April 2017.

William M. McCool  
Clerk of Court

/s/Paula McNabb  
Deputy Clerk