THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERNADEAN RITTMANN, *et al.*,

    Plaintiffs,

  v.

AMAZON.COM, INC., *et al.*,

    Defendants.

CASE NO. C16-1554-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for reconsideration and for permission to file second amended complaint (Dkt. No. 80). Plaintiffs move the Court to (1) reconsider its previous order staying the case (Dkt. No. 77), (2) permit Plaintiffs to file a second amended complaint, and (3) rule that Plaintiffs' newly filed Private Attorney General Act (PAGA) claim is not subject to the stay and permit Plaintiffs to transfer the claim to this Court and pursue it as part of this case. (Dkt. No. 80.)

Under the Local Civil Rules, "[m]otions for reconsideration are disfavored." LCR 7(h)(1). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." *Id.* Plaintiffs have not met this

standard. The motion for reconsideration (Dkt. No. 80) is therefore DENIED. The previous motion for reconsideration, which was filed in excess of the page limits imposed by the Local Civil Rules (Dkt. No. 78) is DISMISSED AS MOOT.

Plaintiffs are hereby given permission to file their second amended complaint. Plaintiffs may add their PAGA claim to the second amended complaint. However, the case will remain stayed per the Court's previous order. (Dkt. No. 77.)

DATED this 19th day of April 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk