**OPT-IN CONSENT FORM TO PARTICIPATE IN FLSA WAGE CASE ON BEHALF OF DELIVERY DRIVERS AGAINST AMAZON.COM:**
*Rittman, et al. v. Amazon.com Inc., et al.*, Western District of Washington

Complete and return to:   Shannon Liss-Riordan
Adelaide Pagano
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel:  (617) 994-5800
Fax: (617) 994-5801
Email:  scleary@llrlaw.com

Name: Christiano Freitas

Address: ███████████████

City: Marlborough   State: MA   Zip: 01752

Telephone: ███████ [home]   ███████ [cell]

E-Mail: ███████

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.    I consent and agree to pursue my federal wage claims arising out of the work I performed as a delivery driver for AmazonFlex and/or Amazon Logistics.

2.    I worked as an delivery driver for Amazon from approximately (list month & year) 01/2017 until Still hired.

3.    During that time, I did not always receive minimum wage for all hours worked when accounting for my expenses and/or did not receive time-and-a-half my regular rate of pay for hours worked in excess of forty per week.

4.    I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.  I hereby designate Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116, to represent me for all purposes in this action.

Signature: *[DocuSigned by: 9E2F039F141C459...]*   Date: 2/14/2018 | 6:15 PM EST

**OPT-IN CONSENT FORM TO PARTICIPATE IN FLSA WAGE CASE ON BEHALF OF DELIVERY DRIVERS AGAINST AMAZON.COM:**
*Rittman, et al. v. Amazon.com Inc., et al.*, Western District of Washington

Complete and return to:  Shannon Liss-Riordan
Adelaide Pagano
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel:  (617) 994-5800
Fax: (617) 994-5801
Email:  scleary@llrlaw.com

Name: Jessica Fleurimond

Address: ███████████████████

City: Phila   State: PA   Zip: 19114

Telephone: ███████ [home]   ███████ [cell]

E-Mail: ███████

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1.      I consent and agree to pursue my federal wage claims arising out of the work I performed as a delivery driver for AmazonFlex and/or Amazon Logistics.

2.      I worked as an delivery driver for Amazon from approximately (list month & year) September 2017 until November 2017.

3.      During that time, I did not always receive minimum wage for all hours worked when accounting for my expenses and/or did not receive time-and-a-half my regular rate of pay for hours worked in excess of forty per week.

4.      I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.  I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.  I hereby designate Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116, to represent me for all purposes in this action.

Signature: *Jessica Fleurimond* (DocuSigned by: 3524...A791710438...)

Date: 1/25/2018 | 3:57 AM EST

**OPT-IN CONSENT FORM TO PARTICIPATE IN FLSA WAGE CASE ON BEHALF OF DELIVERY DRIVERS AGAINST AMAZON.COM:**
*Rittman, et al. v. Amazon.com Inc., et al.*, Western District of Washington

Complete and return to:   Shannon Liss-Riordan
Adelaide Pagano
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
Email: scleary@llrlaw.com

Name: Kenya Gattison

Address: _____

City: Vacaville   State: Ca   Zip: 94567

Telephone: _____ [home]   _____ [cell]

E-Mail: _____

**CONSENT TO JOIN COLLECTIVE ACTION**
Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I consent and agree to pursue my federal wage claims arising out of the work I performed as a delivery driver for AmazonFlex and/or Amazon Logistics.

2. I worked as an delivery driver for Amazon from approximately (list month & year) May 2017 until Current.

3. During that time, I did not always receive minimum wage for all hours worked when accounting for my expenses and/or did not receive time-and-a-half my regular rate of pay for hours worked in excess of forty per week.

4. I understand that I will be joining a lawsuit to bring a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action. I hereby designate Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston, MA 02116, to represent me for all purposes in this action.

Signature: *Kenya Gattison* (DocuSigned by: DD7A231CFACD4A0...)
Date: 2/2/2018 | 1:58 PM EST