THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*, | CASE NO. C16-1554-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to partially lift the stay (Dkt. No. 100). The motion is GRANTED. The Court ORDERS:

1. The stay in this action shall be partially lifted for the limited purpose of resolving Defendants' motion to compel arbitration (Dkt. No. 36), in light of the Supreme Court's recent decision in *New Prime Inc. v. Oliveira*, 2019 WL 189342 (2019).

2. The parties shall file supplemental briefs, not to exceed 15 pages, on Defendants' motion to compel arbitration, in light of *New Prime Inc. v. Oliveira*.

3. The parties' supplemental briefs are due on or before February 20, 2019. The parties shall indicate the noting date on their supplemental briefs as March 8, 2019.

4. The parties' response briefs, not to exceed 10 pages, are due on or before March

MINUTE ORDER
C16-1554-JCC
PAGE - 1

6, 2019.

5. After the Court has resolved the motion to compel arbitration, either party may make an application to the Court to lift the stay in full.

6. The Clerk is DIRECTED to terminate the motion to lift stay (Dkt. No. 99) as moot.

DATED this 29th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
