Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERNADEAN RITTMANN, FREDDIE CARROLL, and JULIE WEHMEYER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>　　　　　　　　　　Defendants. | No.: 2:16-cv-01554-JCC<br><br>STIPULATION TO CONSOLIDATE *RITTMANN* AND *RONQUILLO* ACTIONS AND [PROPOSED] ORDER<br><br>[Local Rule 42(b)]<br><br>NOTED FOR HEARING<br>MAY 16, 2019 |

It appearing from the docket that the Court has consolidated this transferred action, *Ronquillo v. Amazon.com Inc., et al.,* No. 2:19-cv-00398-JCC, with *Rittmann v. Amazon.com, Inc., et al.,* No. 2:16-cv-01554-JCC ("*Rittmann*"), and designated it a "member case," along with *Lawson/Mack v. Amazon.com, Inc. et al.*, No. 2:17-cv-01438-JCC ("*Lawson/Mack*"), and the Parties having agreed to consolidate this matter in their stipulated motion to transfer, and the U.S. District Court for the Central District of California having transferred the case to this Court's jurisdiction (Dkt. #19), and the Parties further having agreed to stipulate to the consolidation of this action with *Rittmann* pursuant to Rule 42 of the Federal Rules of Civil Procedure and Local Rule 42(b), the Parties now jointly move for the Court to enter a written order consolidating this action with *Rittmann*, and directing the Clerk to consolidate case number 2:19-cv-00398-JCC into case number 2:16-cv-01554-JCC, and directing that all future pleadings shall bear the case number 2:16-cv-01554-JCC.

STIPULATION TO CONSOLIDATE *RITTMANN* AND *RONQUILLO* ACTIONS AND [PROPOSED] ORDER - 1
NO.: 2:16-CV-01554-JCC
502251608 v2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  IT IS SO STIPULATED.

2  DATED this 16th day of May, 2019.

3

4  s/ *Douglas W. Perlman*                              s/ *Suzanne J. Thomas*

5  Douglas W. Perlman (pro hac vice)                    Suzanne J. Thomas, WSBA #17338
   Farzad Rastegar (pro hac vice)                       K&L GATES LLP
6  RASTEGAR LAW GROUP, APC                              925 Fourth Avenue, Suite 2900
   22760 Hawthorn Blvd, Ste 200                         Seattle, WA 98104-1158
7  Torrance, CA 90505                                   Telephone: (206) 623-7580
   Tel: 310-961-9600                                    Fax: (206) 623-7022
8  Fax: 310-961-9094                                    suzanne.thomas@klgates.com
   douglas@rastegarlawgroup.com
9  farzad@rastegarlawgroup.com                          James Walsh, Jr. (pro hac vice)
                                                        MORGAN, LEWIS & BOCKIUS LLP
10 Daniel Foster Johnson                                502 Carnegie Center Second Floor Princeton,
   BRESKIN JOHNSON & TOWNSEND                           NJ 08540-6241
11     PLLC                                             Tel.: +1. 609.919.6600
   1000 Second Ave, Ste 3670                            Fax: +1.609.919.6701
12 Seattle, WA 98104                                    james.walsh@morganlewis.com
13 Tel: 206-652-8660
   Fax: 206-652-8290                                    Attorneys for Defendants
14 djohnson@bjtlegal.com

15 Attorneys for Plaintiff Ronquillo

16

17

18

19

20

21

22

23

24

25

26

## [PROPOSED] ORDER

Pursuant to Local Civil Rule 42(b) and the foregoing stipulation, the Court hereby consolidates *Ronquillo v. Amazon.com Inc., et al.,* No. 2:19-cv-00398 (W.D. Wash.) (Coughenour, J.) with *Rittmann v. Amazon.com, Inc., et al.,* No. 2:16-cv-01554 (W.D. Wash.) (Coughenour, J.). The Clerk is directed to consolidate case number 2:19-cv-00398-JCC into case number 2:16-cv-01554-JCC.  All future pleadings shall bear the case number 2:16-cv-01554-JCC.

SO ORDERED this _____ day of _____, 2019.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONSOLIDATE *RITTMANN* AND *RONQUILLO* ACTIONS AND [PROPOSED] ORDER - 3
NO.: 2:16-CV-01554-JCC
502251608 v2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 16, 2019.

*s/Lori Moltz*
Lori Moltz, Practice Specialist

STIPULATION TO CONSOLIDATE *RITTMANN* AND *RONQUILLO* ACTIONS AND [PROPOSED] ORDER - 4
NO.: 2:16-CV-01554-JCC
502251608 v2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022