The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERNADEAN RITTMAN, FREDDIE CARROLL, and JULIA WEHMEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>Defendants. | NO. 2:16-cv-01554-JCC<br><br>**DECLARATION OF STEVEN M. TINDALL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO CONSOLIDATE ACTION** |

Pursuant to 28 U.S.C. § 1746, I, Steven M. Tindall, hereby declare as follows:

1. I am an attorney with the law firm of Gibbs Law Group LLP, one of the two firms representing Plaintiff Sean Hoyt, Jr. in *Hoyt v. Amazon.com, Inc., et al.*, No. 2:19-cv-00498-JCC (W.D. Wash.), the case Defendants seek to consolidate with this matter. I am over the age of 18, and I am competent to attest to the facts set forth herein. I make this declaration based on my personal knowledge and, if sworn as a witness, I could and would testify competently to the facts contained herein.

2. In the Declaration of Linda Shen, *Hoyt* Docket Number 49, counsel for Defendants in this matter attach an email exchange between defense counsel and me regarding Plaintiff Hoyt's PAGA claim. In my emails to defense counsel, I make clear that Plaintiff is seeking PAGA penalties related to unpaid wages under Labor Code § 558. Nowhere in the attached emails or in Mr. Hoyt's complaint do I state that Plaintiff is seeking "victim-specific relief" or "victim-specific" unpaid wages to be paid primarily to employees. Plaintiff Hoyt seeks *only* a single PAGA penalty based on a violation of Labor Code § 558 that will be divided the way all PAGA penalties are—with 75% of the penalty going to California's Labor and Workforce Development Association (LWDA) and 25% going to the affected employees. Defense counsel's statements to the contrary are simply mistaken.

3. On February 28, 2019, Defendants' counsel Linda Shen emailed me a copy of the "Amazon Flex Independent Contractor Terms of Service" ("TOS"). On June 3, 2019, I visited the Amazon Flex website at: https://flex.amazon.com/site-terms, which indicated that the "Site Terms" were last updated on January 16, 2018. Both the TOS sent to me by Ms. Shen on February 28, 2019, and the current site terms listed on Amazon's website confirm that Defendants continue to require California Flex drivers to agree to unlawful contract provisions, as alleged by Plaintiff Hoyt.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of June, 2019 in Oakland, California.

*/s/ Steven M. Tindall*
Steven M. Tindall, *Admitted Pro Hac Vice*

1

DECLARATION OF STEVEN M. TINDALL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO CONSOLIDATE ACTION
CASE NO. 2:16-cv-01554-JCC

CERTIFICATE OF SERVICE

I, Jennifer Rust Murray, hereby certify that on June 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Suzanne J. Thomas, WSBA #17338
    K&L Gates LLP
    925 Fourth Ave., Suite 2900
    Seattle, WA 98104
    Telephone:  206-370-6642
    Suzanne.thomas@klgates.com

    Richard G. Rosenblatt (pro hac vice)
    James P. Walsh, Jr. (pro hac vice)
    MORGAN LEWIS & BOCKIUS LLP
    502 Carnegie Center
    Princeton, NJ 08540
    Telephone:  609-916-6600
    Richard.rosenblatt@morganlewis.com
    James.walsh@morganlewis.com

    Linda Z. Shen (pro hac vice)
    MORGAN LEWIS & BOCKIUS LLP
    2049 Century Park East, Suite 700
    Los Angeles, CA 90067
    Telephone:  310-907-1000
    Linda.shen@morganlewis.com

    Amy A. McGeever (pro hac vice)
    MORGAN LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105
    Telephone:  415-442-1000
    Amy.mcgeever@morganlewis.com

    Attorneys for Defendants
    Amazon.com, Inc. and
    Amazon Logistics, Inc.

DECLARATION OF STEVEN M. TINDALL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO CONSOLIDATE ACTION
CASE NO. 2:16-cv-01554-JCC

1  DATED this 3rd day of June, 2019.

2                              TERRELL MARSHALL LAW GROUP PLLC

3                            By: /s/ Jennifer Rust Murray, WSBA #36983
4                                 Jennifer Rust Murray, WSBA #36983
                               Email: jmurray@terrellmarshall.com
5                                 936 North 34th Street, Suite 300
                               Seattle, Washington 98103
6                                 Telephone: (206) 816-6603
7                                 Facsimile: (206) 319-5450

8                           *Attorneys for Plaintiff Sean M. Hoyt, Jr.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF STEVEN M. TINDALL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO CONSOLIDATE ACTION
CASE NO. 2:16-cv-01554-JCC