THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOUIS RONQUILLO, | CASE NO. C19-0398-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC. and AMAZON LOGISTICS, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order to consolidate this case with *Rittman v. Amazon.com Inc., et al.*, Case No. C16-1554-JCC (W.D. Wash. 2016). Finding good cause, the Court ENTERS the parties' stipulation.

Pursuant to Local Civil Rule 42(b) and the parties' stipulation, the Court hereby consolidates *Ronquillo v. Amazon.com Inc., et al.*, Case No. C19-0398-JCC (W.D. Wash.) with *Rittmann v. Amazon.com, Inc., et al*, Case No. C16-1554-JCC (W.D. Wash). The Clerk is DIRECTED to consolidate case number Case No. C19-0398-JCC into case number C16-1554-JCC. All future pleadings shall bear the case number C16-1554-JCC.

MINUTE ORDER
C19-0398-JCC
PAGE - 1

1      DATED this 10th day of June 2019.

                                                  William M. McCool
                                                  Clerk of Court

                                                  s/Tomas Hernandez
                                                Deputy Clerk