THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM INC, *et al.*, <br><br> Defendants. | CASE NO. C16-1554 JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order granting Plaintiffs leave to file their third amended class action complaint (Dkt. No. 174). The district court is afforded discretion to grant leave to amend and "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The generosity in granting leave to amend is "to be applied with extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051–52 (9th Cir. 2003). Therefore, the Court GRANTS the parties' stipulated motion. Plaintiffs shall file their third amended complaint (Dkt. No. 174-1) within 14 days of this order. Defendants' deadline to respond to the third amended complaint shall be 21 days from the date the stay in this action is lifted.

//

MINUTE ORDER, C16-1554 JCC
PAGE - 1

DATED this 20th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
