THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM INC, *et al.*, <br><br> Defendants. | CASE NO. C16-1554 JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Plaintiffs' request for clarification (Dkt. No. 189) regarding the Court's minute order granting Plaintiffs leave to file their third amended complaint (Dkt. No. 187). Plaintiffs ask to Court to clarify whether the minute order lifted the stay on this case. (Dkt. No. 189.) This action remains stayed; any changes to the existing stay shall be decided on the related motions. As indicated in the minute order (Dkt. No. 187), Defendants' deadline to respond to the third amended complaint shall be 21 days from the date the stay in this action is lifted.

//

//

//

MINUTE ORDER, C16-1554 JCC
PAGE - 1

DATED this 23rd day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
