THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*, | CASE NO. C16-1554-JCC |
| Plaintiffs, | ORDER |
| v. | |
| AMAZON.COM, INC., *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' motion for class certification (Dkt. No. 185). Plaintiffs filed the motion while the matter was subject to a stay. (*See* Dkt. Nos. 133, 162, 193.) The matter remains stayed, pending the outcome of *Sw. Airlines Co. v. Saxon*, 993 F.3d 492 (7th Cir. 2021), *cert. granted*, No. 21-309, 2021 WL 5858631 (2021), and *Moriana v. Viking River Cruises, Inc.*, 2020 WL 5584508 (Cal. App. 2d Dist. 2020), *cert. granted*, 20-1573, 2021 WL 5911481 (2021). (*See* Dkt. No. 193.) Therefore, Plaintiffs' motion (Dkt. No. 185) is DENIED without prejudice. Plaintiffs may refile their motion once the Court lifts the stay.

DATED this 14th day of February 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C16-1554-JCC
PAGE - 1