Hon. John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERNADEAN RITTMANN, FREDDIE CARROLL, JULIA WEHMEYER, and RAEF LAWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Case No. 2:16-cv-01554-JCC<br><br>**NOTICE OF MOTION RE-NOTED**<br><br>**Note Date: July 15, 2022** |

PLEASE TAKE NOTICE that the noting date of Plaintiffs' Motion to Lift the Stay has been changed from July 8, 2022 to July 15, 2022.

Dated:  June 27, 2022

Respectfully submitted,

BERNADEAN RITTMANN, FREDDIE CARROLL, JULIA WEHMEYER, RAEF LAWSON, individually and on behalf of all others similarly situated,
By their attorneys,

  \_\_*/s/ Shannon Liss-Riordan*\_\_\_\_
Shannon Liss-Riordan, *pro hac vice*
Harold Lichten, *pro hac vice*
Adelaide Pagano, *pro hac vice*
Lichten & Liss-Riordan, P.C.

NOTICE OF MOTION RE-NOTED - 1

LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800

729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
sliss@llrlaw.com; hlichten@llrlaw.com;
apagano@llrlaw.com

Michael C. Subit, WSBA #29189
Frank Freed Subit & Thomas LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104-1798
Tel: (206) 682-6711
msubit@frankfreed.com

NOTICE OF MOTION RE-NOTED - 2

LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 27th day of June 2022.

           /s/ Shannon Liss-Riordan
           Shannon Liss-Riordan, Esq.