THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*, | CASE NO. C16-1554-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| AMAZON.COM, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' second motion for class certification (Dkt. No. 220). The Court denied Plaintiffs' first motion for class certification without prejudice because this matter was subject to a stay. (*See* Dkt. No. 194.) While Plaintiffs have also filed a motion to lift the stay (Dkt. No. 201), it has not yet noted and, for the time being, the matter remains stayed. (*See, e.g.*, Dkt. Nos. 193, 194.)

Accordingly, Plaintiffs' motion (Dkt. No. 220) is DENIED without prejudice. Plaintiffs may again move for certification once the Court lifts the stay. Defendants' motion for relief from the deadline to respond to Plaintiffs' motion (Dkt. No. 222) is DENIED as moot.

//

//

MINUTE ORDER
C16-1554-JCC
PAGE - 1

DATED this 8th day of July 2022.

<u>Ravi Subramanian</u><br>
Clerk of Court<br><br>
<u>s/Sandra Rawski</u><br>
Deputy Clerk

MINUTE ORDER
C16-1554-JCC
PAGE - 2