# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMAZON.COM INC. and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Case No. 2:16-cv-01554-JCC<br>Consolidated and Class Action<br><br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO THE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that effective immediately, Gibbs Law Group LLP, Counsel for Plaintiff Sean M. Hoyt, Jr., has relocated its Oakland address. The new address is as follows:

>Steven M. Tindall
>Joshua J. Bloomfield
>GIBBS LAW GROUP LLP
>1111 Broadway, Suite 2100
>Oakland, CA 94607
>Telephone: (510) 350-9700
>Facsimile: (510) 350-9701
>smt@claslawgroup.com
>jjb@classlawgroup.com

The firm name, telephone number, and email addresses remain unchanged. Counsel respectfully requests that all orders, notices, pleadings, letters, and all other communications hereafter be directed to this address.

Dated: August 2, 2022                     By: /s/ Steven M. Tindall
                                              Steven M. Tindall
                                              Joshua J. Bloomfield
                                              GIBBS LAW GROUP LLP
                                              1111 Broadway, Suite 2100
                                              Oakland, CA 94607
                                              Telephone: 510-350-9700
                                              Facsimile: 510-350-9701

                                              *Counsel for Plaintiff Sean M. Hoyt Jr.*

1
NOTICE OF CHANGE OF FIRM ADDRESS

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 2, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                  /s/ Steven M. Tindall
                                                    Steven M. Tindall