Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, FREDDIE CARROLL, JULIA WEHMEYER, and RAEF LAWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>Defendant. | Case No. 2:16-cv-01554-JCC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO:         CLERK OF THE COURT;

AND TO:   ALL PARTIES AND ATTORNEYS OF RECORD

      Notice is hereby given pursuant to LCR 83.2(b)(3) that Julie C. Erickson hereby withdraws as counsel of record for Plaintiffs Kimberlee Keller and Tommy Garadis in this action. Plaintiffs' remaining counsel, Elizabeth Hanley of Schroeter Goldmark & Bender and Robert S. Arns, Jonathan E. Davis, Shounak S. Dharap, and Katherine A. Rabago of The Arns Law Firm will continue to represent Plaintiffs and the proposed class.

NOTICE OF WITHDRAWAL OF COUNSEL
NO. 2:16-CV-01554-JCC

1

ERICKSON KRAMER OSBORNE LLP
44 TEHAMA ST.
SAN FRANCISCO, CA 94105
PHONE: 415-635-0631
FAX: 415-599-8088

Dated: August 9, 2022

By: /s/ Julie C. Erickson
Julie C. Erickson (*pro hac vice*)
julie@eko.law
**ERICKSON KRAMER OSBORNE LLP**
44 Tehama Street
San Francisco, CA 94105
Telephone: (415) 635-0631
Facsimile: (415) 599-8088

By: /s/ Elizabeth Ann Hanley
Elizabeth Ann Hanley
**SCHROETER GOLDMARK & BENDER**
401 UNION ST STE 3400
SEATTLE, WA 98101
206-622-8000
Email: hanley@sgb-law.com

By: /s/ Robert S. Arns
By: /s/ Jonathan E. Davis
By: /s/ Shounak S. Dharap
By: /s/ Katherine A. Rabago
**THE ARNS LAW FIRM**
Robert S. Arns, *pro hac vice*
rsa@arnslaw.com
Jonathan E. Davis, *pro hac vice*
jed@arnslaw.com
Shounak S. Dharap, *pro hac vice*
ssd@arnslaw.com
Katherine A. Rabago, *pro hac vice*
kar@arnslaw.com
515 Folsom St., 3rd Floor
San Francisco, CA 94105
Telephone: (415) 495-7800
Facsimile: (415) 495-7888

*Counsel for Plaintiffs Kimberlee Keller and Tommy Garadis and the Proposed Class*

NOTICE OF WITHDRAWAL OF COUNSEL
NO. 2:16-CV-01554-JCC

2

ERICKSON KRAMER OSBORNE LLP
44 TEHAMA ST.
SAN FRANCISCO, CA 94105
PHONE: 415-635-0631
FAX: 415-599-8088