Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, FREDDIE CARROLL, JULIA WEHMEYER, and RAEF LAWSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>Defendant. | Case No. 2:16-cv-01554-JCC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO:   CLERK OF THE COURT;

AND TO:   ALL PARTIES AND ATTORNEYS OF RECORD

Notice is hereby given pursuant to LCR 83.2(b)(3) that Kevin Osborne hereby withdraws as counsel of record for Plaintiffs Kimberlee Keller and Tommy Garadis in this action. Plaintiffs' remaining counsel, Elizabeth Hanley of Schroeter Goldmark & Bender and Robert S. Arns, Jonathan E. Davis, Shounak S. Dharap, and Katherine A. Rabago of The Arns Law Firm will continue to represent Plaintiffs and the proposed class.

NOTICE OF WITHDRAWAL OF COUNSEL
NO. 2:16-CV-01554-JCC

1

ERICKSON KRAMER OSBORNE LLP
44 TEHAMA ST.
SAN FRANCISCO, CA 94105
PHONE: 415-635-0631
FAX: 415-599-8088

| | |
|---|---|
| Dated: August 9, 2022 | By: /s/ Kevin Osborne<br>Kevin Osborne (*pro hac vice*)<br>kevin@eko.law<br>**ERICKSON KRAMER OSBORNE LLP**<br>44 Tehama Street<br>San Francisco, CA 94105<br>Telephone: (415) 635-0631<br>Facsimile: (415) 599-8088<br><br>By: /s/ Elizabeth Ann Hanley<br>Elizabeth Ann Hanley<br>**SCHROETER GOLDMARK & BENDER**<br>401 UNION ST STE 3400<br>SEATTLE, WA 98101<br>206-622-8000<br>Email: hanley@sgb-law.com<br><br>By: /s/ Robert S. Arns<br>By: /s/ Jonathan E. Davis<br>By: /s/ Shounak S. Dharap<br>By: /s/ Katherine A. Rabago<br>**THE ARNS LAW FIRM**<br>Robert S. Arns, *pro hac vice*<br>rsa@arnslaw.com<br>Jonathan E. Davis, *pro hac vice*<br>jed@arnslaw.com<br>Shounak S. Dharap, *pro hac vice*<br>ssd@arnslaw.com<br>Katherine A. Rabago, *pro hac vice*<br>kar@arnslaw.com<br>515 Folsom St., 3rd Floor<br>San Francisco, CA 94105<br>Telephone: (415) 495-7800<br>Facsimile: (415) 495-7888<br><br>*Counsel for Plaintiffs Kimberlee Keller and Tommy Garadis and the Proposed Class* |

NOTICE OF WITHDRAWAL OF COUNSEL
NO. 2:16-CV-01554-JCC

2

ERICKSON KRAMER OSBORNE LLP
44 TEHAMA ST.
SAN FRANCISCO, CA 94105
PHONE: 415-635-0631
FAX: 415-599-8088