The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*,<br><br>             Plaintiffs,<br><br>   vs.<br><br>AMAZON.COM, INC., *et al.*,<br><br>             Defendants. | No. 2:16-cv-01554-JCC<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND STRIKE PORTIONS OF PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT (ECF NO. 246) AND RENEWED MOTION TO COMPEL ARBITRATION (ECF NO. 247) |

**STIPULATION**

Plaintiffs and Defendants Amazon Logistics, Inc., Amazon.com, Inc., and Amazon.com Services Inc. (now known as Amazon.com Services LLC) ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby STIPULATE AND AGREE to extend the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss and Strike Portions of Plaintiffs' Consolidated Class Action Complaint (ECF No. 246) and Renewed Motion to Compel Arbitration (ECF No. 247), which were filed on Monday, December 19, 2022. The Motions are currently noted for January 13, 2023, and Plaintiffs' responses are currently due on January 9, 2023. As to the Motion to Dismiss and as described further below, Plaintiffs seek a fourteen (14) day extension of time to respond until **January 23, 2023**, and Defendants likewise seek a seven (7) day extension of time to file a reply brief until **February 3, 2023**. As to the Renewed Motion to Compel, the Parties have met and conferred and agree to extend Plaintiffs' time to respond until **March 3, 2023**,

and Defendants' time to respond to **March 17, 2022**.

On October 11, 2022, the Court issued a Minute Order setting the deadline for Plaintiffs to file a consolidated complaint for November 14, 2022, Defendants' deadline to answer or file a Rule 12 motion for December 5, 2022, and Defendants' deadline to file a renewed motion to compel for February 24, 2023. ECF No. 237.

On November 14, 2022, Plaintiffs filed their Consolidated Class Action Complaint. ECF No. 238. Defendant sought a 14-day extension of time to file its response to the Consolidated Complaint to December 19, 2022. Plaintiffs agreed, *see* ECF No. 239, and the Court subsequently granted the Parties' stipulation. ECF No. 243.

Defendants filed their Motion to Dismiss and Renewed Motion to Compel on December 19, 2022. *See* ECF Nos. 246, 247.

Plaintiffs request additional time to respond to the Motion to Dismiss and the Renewed Motion to Compel because the time to prepare their responses falls over the Christmas and New Year's holidays and because of counsel's previously scheduled vacation from January 3-9, 2023. Defendants do not oppose these requests.

Likewise, because Defendants' counsel has a number of professional obligations in late January, including numerous mediations, Defendants request an additional week in which to prepare their reply to the Motion to Dismiss. Plaintiffs do not oppose this request.

The Parties have also met and conferred regarding the briefing schedule for Defendants' Renewed Motion to Compel Arbitration. The Parties agree to extend Plaintiffs' response deadline to March 3, 2023 and Defendants' reply deadline to March 17, 2023.

The Parties therefore stipulate that Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss on or before January 23, 2023, Defendants shall file their Reply in support of Defendants' Motion to Dismiss on or before February 3, 2023, and Plaintiffs shall file their response to the Renewed Motion to Compel Arbitration by March 3, 2023, and Defendants shall file their Reply in support of Defendants' Renewed Motion to Compel Arbitration by March 17, 2023.

STIPULATION TO EXTEND TIME
RESPOND TO MOTION TO DISMISS
(2:16-cv-01554-JCC) — 2

IT IS SO STIPULATED.

DATED this 22nd day of December, 2022.

| | |
|---|---|
| s/ *Todd L. Nunn* <br> Todd L. Nunn, WSBA #23267 <br> K&L GATES LLP <br> 925 Fourth Avenue, Suite 2900 <br> Seattle, WA 98104 <br> Telephone: (206) 623-7580 <br> Fax: (206) 623-7022 <br> Email: todd.nunn@klgates.com <br><br> Richard G. Rosenblatt (*Pro Hac Vice*) <br> James P. Walsh (*Pro Hac Vice*) <br> MORGAN LEWIS & BOCKIUS LLP <br> 502 Carnegie Center <br> Princeton, NJ 08540-6241 <br> Telephone: (609) 919-6600 <br> Email: richard.rosenblatt@morganlewis.com <br> Email: james.walsh@morganlewis.com <br><br> John S. Battenfeld (*Pro Hac Vice*) <br> Max C. Fischer (*Pro Hac Vice pending*) <br> Brian D. Fahy (*Pro Hac Vice*) <br> MORGAN LEWIS & BOCKIUS LLP <br> 300 S. Grand Ave Ste. 2200 <br> Los Angeles, CA 90071 <br> Telephone:  (213) 612-2500 <br> Email: john.battenfeld@morganlewis.com <br> Email: max.fischer@morganlewis.com <br> Email: brian.fahy@morganlewis.com <br><br> Brian D. Berry (*Pro Hac Vice*) <br> Sarah Zenewicz (*Pro Hac Vice*) <br> Andrea Lynn Fellion (Pro Hac Vice) <br> MORGAN LEWIS & BOCKIUS LLP <br> One Market Spear Street Tower <br> San Francisco, CA 94105 <br> Telephone:  (415) 442-1001 <br> Email:  brian.berry@morganlewis.com <br> Email:  sarah.zenewicz@morganlewis.com <br> Email: andrea.fellion@morganlewis.com | s/ *Adelaide Pagano* <br> Shannon Liss-Riordan (*Pro Hac Vice*) <br> Harold L. Lichten (*Pro Hac Vice*) <br> Adelaide Pagano (*Pro Hac Vice*) <br> LICHTEN & LISS-RIORDAN, P.C. <br> 729 Boylston Street, Suite 2000 <br> Boston, MA 02116 <br> Telephone: (617) 994-5800 <br> Fax: (617) 994-5801 <br> Email: sliss@llrlaw.com <br> Email: hlichten@llrlaw.com <br> Email: apagano@llrlaw.com <br><br> Michael C. Subit, WSBA No. 29189 <br> FRANK FREED SUBIT & THOMAS LLP <br> 705 Second Avenue, Suite 1200 <br> Seattle, Washington 98104-1729 <br> Telephone: (206) 682-6711 <br> Fax: (206) 682-0401 <br> Email: msubit@frankfreed.com <br><br> *Attorneys for Plaintiffs* |

STIPULATION TO EXTEND TIME
RESPOND TO MOTION TO DISMISS
 (2:16-cv-01554-JCC) — 3

*Attorneys for Defendants*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____, 2022.

_____
Hon. John C. Coughenour

STIPULATION TO EXTEND TIME
RESPOND TO MOTION TO DISMISS
(2:16-cv-01554-JCC) — 4