THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM INC., *et al.*, <br><br> Defendants. | CASE NO. C16-1554 JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation regarding non-waiver of arbitration. (Dkt. No. 255.) The parties agree that Defendants' responses to discovery and any affirmative discovery they initiate will not constitute a waiver of any rights Defendants have to seek to compel any named Plaintiffs, opt-in plaintiffs or absent putative class or collective or representative action members to arbitration. The Court finds the joint stipulation appropriate and the stipulation (Dkt. No. 255) is therefore APPROVED.

DATED this 6th day of January 2023.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER
C16-1554 JCC
PAGE - 1