THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BERNADEAN RITTMANN, FREDDIE CARROLL, JULIA WEHMEYER, IAIN MACK, RAEF LAWSON, DEBRA WILKINS, SANCAK DAVARCI, SHENIA BROWN, CRAIG ADAMS, CINTHIA YARLEQUE, KIMBERLEE KELLER, TOMMY GARADIS, ADRIANA PONCE, LOUIE RONQUILLO, SEAN M. HOYT, RICKY DIAZ, EMANUEL ADAMSON, JUAN MANUEL ALVAREZ, and ALEJANDRO GARCIA PUENTES, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC., AMAZON.COM SERVICES INC., ALAIN MONIE, JOHN BROWN, WILLIAM GORDON,<br><br>                Defendants. | NO. 2:16-cv-01554-JCC<br><br>**NOTICE OF APPEARANCE**<br><br>**(Clerk's Action Required)** |

NOTICE OF APPEARANCE – 1
CASE NO. 2:16-cv-01554-JCC

**Rekhi & Wolk, P.S.**
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

1    TO: THE CLERK OF THE COURT; and

2    TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

3

4        PLEASE TAKE NOTICE that Hardeep S. Rekhi (WSBA #34579) hereby appears on
5 behalf of Plaintiff Alejandro Garcia Puentes in the above-captioned matter and requests that
6 copies of all papers and pleadings, except process, be served on him at Rekhi & Wolk, P.S., 529
7 Warren Ave N., Suite 201, Seattle, WA 98109.

8

9        RESPECTFULLY SUBMITTED AND DATED this 1st day of February, 2023.

10

11                                  REKHI & WOLK, P.S.

12
                                 By:  /s/ Hardeep S. Rekhi, WSBA #34579
13                                          Hardeep S. Rekhi, WSBA #34579
                                         529 Warren Ave N., Suite 201
14                                          Seattle, Washington 98109
                                         Telephone: (206) 388-5887
15                                          Facsimile: (206) 577-3924
                                         Email: hardeep@rekhiwolk.com
16

17                                  *Attorney for Plaintiff Alejandro Garcia Puentes*

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE – 2
CASE NO. 2:16-cv-01554-JCC

**Rekhi & Wolk, P.S.**
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

CERTIFICATE OF SERVICE

I hereby certify that I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the registered attorneys of record.

DATED this 1st day of February, 2023.

By: /s/ Jeff Mead
Jeff Mead, Paralegal
Rekhi & Wolk, P.S.
529 Warren Ave N., Suite 201
Seattle, WA 98109
Telephone: (206) 388-5887
Email: jeff@rekhiwolk.com

NOTICE OF APPEARANCE – 3
CASE NO. 2:16-cv-01554-JCC

**Rekhi & Wolk, P.S.**
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924