The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., et al.,<br><br>　　　　　　　Defendants. | Consolidated Action<br>Case No. C16-1554 JCC<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL**<br><br>**NOTE ON MOTION CALENDAR:**<br>**February 3, 2023** |

**TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AND ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants hereby withdraw their Motion to Dismiss and Strike Portions of Plaintiffs' Consolidated Class Action Complaint (ECF No. 246) in light of the Plaintiffs' filing of the First Amended Consolidated Class Action Complaint (ECF No. 262) ("FACC"), which supersedes the Consolidated Class Action Complaint and renders moot the pending Motion. *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) ("Because the [d]efendants' motion to dismiss targeted the [p]laintiff's First Amended Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot before the district court granted it."). Defendants' withdrawal is without prejudice to their right to respond to the FACC. Defendants will file a motion to dismiss and/or strike the FACC.

DEFENDANTS' NOTICE OF WITHDRAWAL
Case No. C16-1554 JCC - 1

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: +1.206.274.6400
Facsimile: +1.206.274.6401

Dated: February 3, 2023

Respectfully submitted,

By: s/ *Andrew DeCarlow*

Andrew DeCarlow
MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: (206) 274-0154
Facsimile: (206) 274-6401
andrew.decarlow@morganlewis.com

Richard G. Rosenblatt (*pro hac vice*)
James P. Walsh, Jr. (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone:  (609) 916-6600
Facsimile:  (609) 916-6601
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

Brian D. Berry (*pro hac vice*)
Andrea L. Fellion (*pro hac vice*)
Sarah Zenewicz (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Market Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Fax: (415) 442-1001
brian.berry@morganlewis.com
andrea.fellion@morganlewis.com
sarah.zenewicz@morganlewis.com

John S. Battenfeld (*pro hac vice*)
Max C. Fischer (*pro hac vice*)
Brian D. Fahy (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
300 S. Grand Ave., Suite 2200
Los Angeles, CA 90071
Telephone: (213) 612-2500
Fax: (213) 612-2501
jbattenfeld@morganlewis.com
max.fischer@morganlewis.com
brian.fahy@morganlewis.com

*Attorneys for Defendants*

DEFENDANTS' NOTICE OF WITHDRAWAL
Case No. C16-1554 JCC - 2

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Telephone: +1.206.274.6400
Facsimile: +1.206.274.6401

# CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, I caused to be electronically filed the foregoing **DEFENDANTS' NOTICE OF WITHDRAWAL** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the registered attorneys of record.

By: s/ *Andrew DeCarlow*
Andrew DeCarlow
MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: (206) 274-0154
Facsimile: (206) 274-6401
andrew.decarlow@morganlewis.com

DEFENDANTS' NOTICE OF WITHDRAWAL
Case No. C16-1554 JCC - 3

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: +1.206.274.6400
Facsimile: +1.206.274.6401