THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: AMAZON WAGE CLAIM LITIGATION | CASE NO. C16-1554-JCC<br>CASE NO. C19-1320-JCC<br>CASE NO. C23-0161-JCC<br>CASE NO. C23-0178-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Multiple cases, presenting similar factual and legal issues, are presently before this Court. *See Waithaka v. Amazon.com Inc., et. al.*, C19-1320-JCC (W.D. Wash. 2109); *Marcelo, et al. v. Amazon.com Inc., et. al.*, C23-0161-JCC (W.D. Wash. 2023); *Sitaca, et al. v. Amazon.com Inc., et al.*, C23-0178-JCC (W.D. Wash. 2023). While the claims and allegations vary, the underlying issues and facts are similar to a consolidated action already before this Court, *Rittmann, et al. v. Amazon.com Inc., et al.*, C16-1554-JCC (W.D. Wash. 2016).

In the interest of judicial economy, the Court intends to consolidate each of the above-referenced cases with *Rittmann*, but before doing so will give the parties an opportunity to raise any objections, both as to consolidation with *Rittman*, and the appointment of interim lead class

MINUTE ORDER
C23-0178-JCC
PAGE - 1

counsel as previously described in *Rittman*. *See* Case No. C16-1554-JCC, Dkt. No. 234.

Accordingly, the parties are ORDERED to show cause within twenty one (21) days of this Order why the above listed cases should not be consolidated with *Rittmann*. All outstanding motions are STRICKEN, and case deadlines are VACATED. The Court will set new deadlines after the cases are consolidated.

DATED this 27th day of February 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk