THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | Consolidated Action<br>CASE NO. C16-1554-JCC<br><br>MINUTE ORDER |

This matter comes before the Court on the parties' joint status report (Dkt. No. 295), following the Supreme Court's denial of certiorari petitions in *Carmona v. Domino's Pizza LLC*, No. 23-427, 2024 WL 1706016, slip op. at 1 (U.S. 2024), and *Miller v. Amazon.com, Inc.*, No. 23-424, 2024 WL 1706098, slip op. at 1 (U.S. 2024). In that report, the parties provide dueling proposals for a path forward in this putative class action. (*See generally* Dkt. No. 295). At issue is to what extent the stay in this matter, (Dkt. No. 289 at 1), should be lifted. (*See generally* Dkt. No. 295.) After reviewing the joint status report, the Court concludes it is now appropriate to lift the stay *in its entirety*.

To assist the Court in formulating a scheduling order for anticipated concurrent renewed motions for class certification and to compel arbitration (along with other anticipated motions, such as a renewed motion to dismiss the First Amended Consolidated Class Action Complaint), the parties are DIRECTED to meet and confer and provide the Court with a supplemental joint

status report containing a proposed revised case management schedule, through class certification (including required discovery). This supplement shall be filed with the Court no later than May 10, 2024.

In the meantime, the stay remains in effect. The Court expects to lift it when it enters a revised case management order. To the extent a party wishes that the Court consider a motion previously struck by the Court, (*see* Dkt. No. 282 at 2), they must so renew that motion but need not refile supporting declarations. They can rely on previously filed declarations (with references to their location on the docket, *e.g.*, Dkt. No. ___ at ___).

DATED this 3rd day of May 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk