HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERNADEAN RITTMANN, et al.,
individually and on behalf of others similarly
situated,

        Plaintiffs,

v.

AMAZON.COM, INC. and AMAZON
LOGISTICS, INC.,

        Defendants.

Consolidated Action

Case No. C16-1554 JCC

**NOTICE OF WITHDRAWAL**

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

        PLEASE TAKE NOTICE that Lauren M. Blas, Megan M. Cooney and Michael J. Holecek of Gibson Dunn & Crutcher LLP hereby withdraw as counsel of record for Defendants Amazon Logistics, Inc. and Amazon.com Services LLC ("Amazon Defendants") in the above-captioned consolidated matter, effective immediately. Defendants continue to be represented by other counsel of record who have entered appearances in this action, and there will therefore be no disruption to the Court's calendar or the representation of Defendants in this matter.

NOTICE OF WITHDRAWAL – PAGE 1
Case No. C16-1554 JCC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

Dated:  May 17, 2024.

GIBSON DUNN & CRUTCHER LLP

By:_____*s/ Lauren M Blas*_____
Lauren M Blas, *pro hac vice*
GIBSON DUNN & CRUTCHER LLP
333 S Grand Ave
Los Angeles, CA 90071-3197
213-229-7503
Email: lblas@gibsondunn.com

By:_____*s/ Megan M Cooney*_____
Megan M Cooney, *pro hac vice*
GIBSON DUNN & CRUTCHER LLP
3161 Michelson Dr Ste 1200
Irvine, CA 92612-4412
Phone: 949-451-4087
Email: MCooney@gibsondunn.com

By:_____*s/ Michael J. Holecek*_____
Michael J. Holecek, *pro hac vice*
GIBSON DUNN CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: (213) 229-7018
Fax: (213) 229-7520
Email: mholecek@gibsondunn.com

*Withdrawing Attorneys for Amazon Defendants*

MORGAN, LEWIS & BOCKIUS LLP

By:_____*s/ Andrew DeCarlow*_____
Andrew DeCarlow, WSBA 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 274-6400
Facsimile: (206) 274-6401
Email: andrew.decarlow@morganlewis.com

Richard G. Rosenblatt (*pro hac vice*)
James P. Walsh, Jr. (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone:  (609) 916-6600

1

Facsimile:  (609) 916-6601
Email: richard.rosenblatt@morganlewis.com
        james.walsh@morganlewis.com

2

3

Brian D. Berry (*pro hac vice*)
Sarah Zenewicz (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Market Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Fax: (415) 442-1001
Email: brian.berry@morganlewis.com
        sarah.zenewicz@morganlewis.com

4

5

6

7

8

9

John S. Battenfeld (*pro hac vice*)
Max C. Fischer (*pro hac vice*)
Brian D. Fahy (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
300 S. Grand Ave., Suite 2200
Los Angeles, CA 90071
Telephone: (213) 612-2500
Fax: (213) 612-2501
Email: jbattenfeld@morganlewis.com
        max.fischer@morganlewis.com
        brian.fahy@morganlewis.com

10

11

12

13

14

15

16

*Attorneys for Amazon Defendants*

17

18

19

20

21

22

23

24

25

26

NOTICE OF WITHDRAWAL – PAGE 3
Case No. C16-1554 JCC

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401