THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., *et al.,*<br><br>Defendants. | Consolidated Action<br>Case No. 2:16-cv-01554-JCC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM NON-ARBITRATION OPT-IN PLAINTIFFS**<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 5, 2024** |

THIS MATTER came before the Court on Defendants' Motion to Compel Discovery from Non-Arbitration Opt-In Plaintiffs ("Motion"). On consideration of the briefing and record, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED.

It is so ORDERED:

DATED this _____ day of _____, 2024.

_____
The Honorable John C. Coughenour
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM NON-ARBITRATION OPT-IN PLAINTIFFS– PAGE 1
CASE NO. 2:16-cv-01554-JCC

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

Presented by:

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: andrew.decarlow@morganlewis.com

Richard G. Rosenblatt (*Pro Hac Vice*)
James P. Walsh (*Pro Hac Vice*)
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: (609) 919-6600
Email: richard.rosenblatt@morganlewis.com
Email: james.walsh@morganlewis.com

John S. Battenfeld (*Pro Hac Vice*)
Max C. Fischer (*Pro Hac Vice*)
Brian D. Fahy (*Pro Hac Vice*)
300 S. Grand Ave Ste. 2200
Los Angeles, CA 90071
Telephone: (213) 612-2500
Email: john.battenfeld@morganlewis.com
Email: max.fischer@morganlewis.com
Email: brian.fahy@morganlewis.com

Brian D. Berry (Pro Hac Vice)
Andrea Lynn Fellion (Pro Hac Vice)
Sarah Zenewicz (Pro Hac Vice)
One Market Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1001
Email: brian.berry@morganlewis.com
Email: andrea.fellion@morganlewis.com
Email: sarah.zenewicz@morganlewis.com

*Attorneys for Defendants Amazon.com, Inc., Amazon Logistics, Inc., Amazon.com Services Inc.*

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM NON-ARBITRATION OPT-IN PLAINTIFFS– PAGE 2
CASE NO. 2:16-cv-01554-JCC

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401