UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. et al.,<br><br>Defendants. | CASE NO. C16-1554-JCC<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** |

Plaintiffs move for an emergency order to enjoin the Amazon Defendants from prosecuting 22 out-of-jurisdiction cases filed on June 14, 2024, against 74 named plaintiffs and opt-in plaintiffs in this case. **Dkt. 304**. Plaintiffs have not demonstrated, as required by Rule 65(b) of the Federal Rules of Civil Procedure, that they will suffer immediate and irreparable injury, loss, or damage before the Amazon Defendants can be heard in opposition. The Court therefore construes plaintiffs' motion as one for a preliminary injunction rather than as one for a temporary restraining order. The Court sets the following briefing schedule for plaintiffs' motion for preliminary injunctive relief:

- The Amazon Defendants shall file a response by **July 12, 2024**;
- Plaintiffs shall file an optional reply by **July 19, 2024**; and
- Plaintiffs' motion for preliminary injunctive relief is noted for consideration on

ORDER SETTING BRIEFING SCHEDULE
FOR PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTIVE RELIEF - 1

**July 19, 2024**.

The Court has considered the Amazon Defendants' opposition/motion to strike plaintiff's motion for emergency relief. **Dkt. 306**. The Court **DENIES** the Amazon Defendants' motion to strike as moot. The Court notes, however, that the Amazon Defendants argued that plaintiffs' motion should not be considered an emergency motion because plaintiffs are not required to respond to the petitions in the 22 out-of-jurisdiction cases until August 2024 "even barring any reasonable extensions, which the Amazon Defendants would grant as a common courtesy." Dkt. 306, at 4. The Court finds that a reasonable extension means plaintiffs be required to respond to the out-of-district petitions no earlier than 14 days after the current motion for preliminary injunctive relief is resolved. The Court provides notice that it will hold the Amazon Defendants to this representation. *See* LCR 11(c).

DATED this 27th day of July, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER SETTING BRIEFING SCHEDULE
FOR PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTIVE RELIEF - 2