The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*,<br><br>          Plaintiffs,<br><br>  v.<br><br>AMAZON.COM INC. and AMAZON LOGISTICS, INC.,<br><br>          Defendant(s). | Consolidated Action<br>Case No. C16-1554-JCC<br><br>STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR PLAINTIFFS TO ANSWER OR OTHERWISE RESPOND TO MOTION TO COMPEL<br><br>**NOTE ON MOTION CALENDAR:**<br>***June 28, 2024*** |

Plaintiff Bernadean Rittmann ("Plaintiff") and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and request that the Court extend Plaintiff's time to answer or otherwise respond to Defendant's Motion to Compel Opt-In Discovery from July 1, 2024 to July 15, 2024 with the deadline for a reply brief extended from July 5, 2024 to July 29, 2024.

SO ORDERED this 1st day of July 2024.

*[signature]*

_____
Hon. John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATION RE: EXTENSION OF TIME        Case No. 2:16-cv-01554-JCC

Stipulated by and between the parties through their counsel of record:

Dated: June 28, 2024

| **FRANK FREED SUBIT & THOMAS LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: *s/ Michael C. Subit*<br>Michael C. Subit, WSBA No. 29189<br>FRANK FREED SUBIT & THOMAS LLP<br>705 Second Avenue, Suite 1200<br>Seattle, Washington 98104-1729<br>Telephone: (206) 682-6711<br>Fax: (206) 682-0401<br>Email: msubit@frankfreed.com | By: *s/ Andrew DeCarlow*<br>Andrew DeCarlow, WSBA No. 29189<br>MORGAN, LEWIS & BOCKIUS LLP<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 274-6400<br>Fax: (206) 274-6401<br>Email: andrew.decarlow@morganlewis.com |
| Shannon Liss-Riordan (*Pro Hax Vice*)<br>Harold L. Lichten (*Pro Hac Vice*)<br>Jeremy Abay (*Pro Hax Vice Forthcoming*)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone: (617) 994-5800<br>Fax: (617) 994-5801<br>Email: sliss@llrlaw.com<br>Email: hlichten@llrlaw.com<br>Email: jabay@llrlaw.com | Richard G. Rosenblatt (*Pro Hac Vice*)<br>James P. Walsh (*Pro Hac Vice*)<br>MORGAN, LEWIS & BOCKIUS LLP<br>502 Carnegie Center<br>Princeton, NJ 08540-6241<br>Telephone: (609) 919-6600<br>Fax: (609) 919-6701<br>Email: richard.rosenblatt@morganlewis.com<br>         james.walsh@morganlewis.com |
| *Attorneys for Rittman Plaintiffs* | Brian D. Berry (*Pro Hac Vice*)<br>Sarah Zenewicz (*Pro Hac Vice*)<br>One Market Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Email: brian.berry@morganlewis.com<br>         sarah.zenewicz@morganlewis.com |
| | John S. Battenfeld (*Pro Hac Vice*)<br>Max C. Fischer (*Pro Hac Vice*)<br>Brian D. Fahy (*Pro Hac Vice*)<br>   300 S. Grand Ave., Suite 2200<br>Los Angeles, CA 90071<br>Telephone: (213) 612-2500<br>Email: jbattenfeld@morganlewis.com<br>         max.fischer@morganlewis.com<br>         Brian.fahy@morganlewis.com |
| | *Attorneys for Defendants* |

STIPULATION RE: EXTENSION OF TIME                                   Case No. 2:16-cv-01554-JCC

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be electronically filed the foregoing STIPULATION RE: EXTENSION OF TIME with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the registered attorneys of record.

DATED: June 28, 2024

/s/ Shannon Liss-Riordan