THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM INC. and AMAZON LOGISTICS, INC.,<br><br>Defendant(s). | Consolidated Action<br>Case No. C16-1554-JCC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF TIME FOR PLAINTIFFS TO ANSWER OR OTHERWISE RESPOND TO MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR:<br>July 3, 2024 |

Plaintiff Bernadean Rittmann ("Plaintiff") and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and request that the court extend Plaintiff's time to answer or otherwise respond to Defendant's Motion to Dismiss First Amended Complaint (**Dkt. No. 303**) from July 5, 2024 to July 19, 2024 with the deadline for reply briefs being extended from July 12, 2024 to August 2, 2024. (Original deadlines set in ECF No. 298.)

/ / /

/ / /

/ / /

STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF TIME FOR PLAINTIFFS TO ANSWER OR OTHERWISE RESPOND TO MOTION TO DISMISS – PAGE 1
Case No. C16-1554-JCC

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

Stipulated by and between the parties through their counsel of record:

DATED: July 3, 2024.

| **FRANK FREED SUBIT & THOMAS LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: *s/ Michael C. Subit* <br> Michael C. Subit, WSBA No. 29189 <br> 705 Second Avenue, Suite 1200 <br> Seattle, Washington 98104-1729 <br> Telephone: (206) 682-6711 <br> Fax: (206) 682-0401 <br> Email: msubit@frankfreed.com <br><br> Shannon Liss-Riordan (*Pro Hac Vice*) <br> Harold L. Lichten (*Pro Hac Vice*) <br> Jeremy Abay (*Pro Hac Vice Forthcoming*) <br> LICHTEN & LISS-RIORDAN, P.C. <br> 729 Boylston Street, Suite 2000 <br> Boston, MA 02116 <br> Telephone: (617) 994-5800 <br> Fax: (617) 994-5801 <br> Email: sliss@llrlaw.com <br> Email: hlichten@llrlaw.com <br> Email: jabay@llrlaw.com <br><br> *Attorneys for Plaintiff Rittmann* | By: *s/ Andrew DeCarlow* <br> Andrew DeCarlow, WSBA No. 54471 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Telephone: (206) 274-6400 <br> Fax: (206) 274-6401 <br> Email: andrew.decarlow@morganlewis.com <br><br> Richard G. Rosenblatt (*Pro Hac Vice*) <br> James P. Walsh (*Pro Hac Vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 502 Carnegie Center <br> Princeton, NJ 08540-6241 <br> Telephone: (609) 919-6600 <br> Fax: (609) 919-6701 <br> Email: richard.rosenblatt@morganlewis.com <br>           james.walsh@morganlewis.com <br><br> Michael E. Kenneally (*Pro Hac Vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1111 Pennsylvania Avenue, N.W. <br> Washington, DC 20004-2541 <br> Telephone: (202) 739-3000 <br> Fax: (202) 739-3001 <br> Email: michael.kenneally@morganlewis.com <br><br> John S. Battenfeld (*Pro Hac Vice*) <br> Max C. Fischer (*Pro Hac Vice*) <br> Brian D. Fahy (*Pro Hac Vice*) <br> 300 S. Grand Ave., Suite 2200 <br> Los Angeles, CA 90071 <br> Telephone: (213) 612-2500 <br> Email: jbattenfeld@morganlewis.com <br>           max.fischer@morganlewis.com <br>           brian.fahy@morganlewis.com <br><br> *Attorneys for Defendants Amazon.com, Inc. and Amazon Logistics, Inc.* |

STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF TIME FOR PLAINTIFFS TO ANSWER OR OTHERWISE RESPOND TO MOTION TO DISMISS – PAGE 2
Case No. C16-1554-JCC

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

# ORDER

IT IS SO ORDERED. The Clerk is DIRECTED to renote Dkt No 303 to August 2, 2024.

DATED: 5th day of July 2024.

HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

**FRANK FREED SUBIT & THOMAS LLP**

By: *s/ Michael C. Subit*
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1729
Telephone: (206) 682-6711
Fax: (206) 682-0401
Email: msubit@frankfreed.com

Shannon Liss-Riordan (*Pro Hac Vice*)
Harold L. Lichten (*Pro Hac Vice*)
Jeremy Abay (*Pro Hac Vice Forthcoming*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Fax: (617) 994-5801
Email: sliss@llrlaw.com
Email: hlichten@llrlaw.com
Email: jabay@llrlaw.com

*Attorneys for Plaintiff Rittmann*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 274-6400
Fax: (206) 274-6401
Email: andrew.decarlow@morganlewis.com

Richard G. Rosenblatt (*Pro Hac Vice*)
James P. Walsh (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: (609) 919-6600
Fax: (609) 919-6701
Email: richard.rosenblatt@morganlewis.com
   james.walsh@morganlewis.com

Michael E. Kenneally (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004-2541
Telephone: (202) 739-3000
Fax: (202) 739-3001
Email: michael.kenneally@morganlewis.com

John S. Battenfeld (*Pro Hac Vice*)
Max C. Fischer (*Pro Hac Vice*)
Brian D. Fahy (*Pro Hac Vice*)

STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF TIME FOR PLAINTIFFS TO ANSWER OR OTHERWISE RESPOND TO MOTION TO DISMISS – PAGE 3
Case No. C16-1554-JCC

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

| | |
|---|---|
| 1 | |
| 2 | 300 S. Grand Ave., Suite 2200 |
| | Los Angeles, CA 90071 |
| 3 | Telephone: (213) 612-2500 |
| | Email:  jbattenfeld@morganlewis.com |
| 4 |         max.fischer@morganlewis.com |
| | brian.fahy@morganlewis.com |
| 5 | |
| | *Attorneys for Defendants Amazon.com, Inc. and* |
| 6 | *Amazon Logistics, Inc.* |

STIPULATION AND [~~PROPOSED~~] ORDER RE: EXTENSION OF TIME FOR PLAINTIFFS TO ANSWER OR OTHERWISE RESPOND TO MOTION TO DISMISS – PAGE 4
Case No. C16-1554-JCC

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401