THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | CASE NO. C16-1554-JCC <br><br> ORDER |

This matter comes before the Court on Defendant's surreply (Dkt. No. 321) to Plaintiffs' motion for a preliminary injunction (Dkt. No. 304). In accordance with LCR 7(g)(4), Plaintiffs may file a response to the surreply not to exceed 1,050 words. That response is due no later than August 2, 2024. The Clerk is DIRECTED to renote the motion for a preliminary injunction (Dkt. No. 304) to this same date—August 2, 2024.

DATED this 29th day of July 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE