THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERNADEAN RITTMANN, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., et al.,

Defendants.

Consolidated Action
Case No. C16-1554 JCC

**DECLARATION OF PETER NICKERSON IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO ENJOIN PURSUANT TO THE FIRST-TO-FILE RULE**

**NOTE ON MOTION CALENDAR:
August 16, 2024**

DECLARATION OF PETER NICKERSON
Case No. C16-1554 JCC

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Ave., Ste. 3000
Seattle, WA 98101
Telephone: +1-206-274-6400
Facsimile: +1-206-274-6401

**DECLARATION OF PETER NICKERSON**

1. Pursuant to 28 U.S.C. § 1746, I, Peter Nickerson, declare as follows:

2. I am an economist and the principal of Nickerson & Associates, LLC ("Nickerson"), a Seattle-based consulting firm specializing in economic and statistical analysis, especially analyses that require the use of large data sets. I have an M.S. and Ph.D., both in economics, from the University of Washington. I have taught at the university level for over 30 years. I have worked on numerous court cases and testified in depositions and in trial in federal and state courts in Alaska, Oregon, California, Idaho, Arizona, and Virginia.

3. I make this declaration based on my personal knowledge and my review of Amazon's business records. If called to testify to these facts, I would be competent to do so.

4. Amazon provided Nickerson with certain data for the delivery services provided by Amazon Flex Delivery Partners ("Delivery Partners") from August 28, 2015 to June 30, 2024, including data for the 74 Petition Respondents identified on the attached Exhibit 1.

5. Among other things, this data generally identifies whether a Delivery Partner performed services for a block of "AMZL" or "Amazon Logistics" deliveries, a block of "GSF" or "Global Specialty Fulfillment" deliveries, a block of "SSD" or "Sub Same-Day" deliveries, or a block of deliveries from retail stores ("ROAR"), and the dates on which a Delivery Partner performed such services. The data also includes one or more unique alphanumeric numbers used to identify a Delivery Partner, as well as the dates on which Delivery Partners have been offboarded, if applicable, from the Amazon Flex Program.

6. The chart attached as Exhibit 1 contains the following information, as applicable, for each of the 74 Petition Respondents: The first and last date on which the Delivery Partner performed services for any block of deliveries and the state in which the Delivery Partner picked up the last delivery block, the last offboard date, whether the Delivery Partner solely performed services for GSF, SSD, and/or ROAR delivery blocks, and for each type of delivery block (GSF,

DECLARATION OF PETER NICKERSON
Case No. C16-1554 JCC

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Ave., Ste. 3000
Seattle, WA 98101
Telephone: +1-206-274-6400
Facsimile: +1-206-274-6401

1  SSD, ROAR, and/or AMZL) the percentage of the total of all delivery blocks for which the
2  Delivery Partner performed services.
3      I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.
5      Executed on August 9, 2024, in Seattle, Washington.

_____
Peter Nickerson

DECLARATION OF PETER NICKERSON
Case No. C16-1554 JCC - 2

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1301 Second Ave., Ste. 3000
Seattle, WA 98101
Telephone: +1-206-274-6400
Facsimile: +1-206-274-6401