# Exhibit 1

| Petition Respondent Name | Services Provided - First Delivery Block | Services Provided - Last Delivery Block | Last Offboard Date, if applicable | Solely Delivered GSF, SSD, ROAR | GSF Delivery Blocks | SSD Delivery Blocks | ROAR Delivery Blocks | AMZL Delivery Blocks | Last Delivery Block State |
|---|---|---|---|---|---|---|---|---|---|
| Albasha, Mohammad | 9/30/2017 | 1/19/2018 | 1/21/2018 | Yes | 100.00% | 0.00% | 0.00% | 0.00% | CA |
| Baker, Charles | 4/16/2018 | 4/18/2018 | 4/19/2018 | Yes | 100.00% | 0.00% | 0.00% | 0.00% | NJ |
| Camarena, Joel | 10/15/2016 | 1/17/2018 | 1/18/2018 | Yes | 100.00% | 0.00% | 0.00% | 0.00% | CA |
| Cole, Mervyn | 11/6/2017 | 6/30/2024 |  | Yes | 99.83% | 0.00% | 0.17% | 0.00% | CA |
| Juarez, Rafael | 12/20/2016 | 1/22/2020 | 1/23/2020 | Yes | 100.00% | 0.00% | 0.00% | 0.00% | CA |
| Lawson, Ray | 11/21/2016 | 2/11/2017 |  | Yes | 100.00% | 0.00% | 0.00% | 0.00% | CA |
| Martinez, Danny | 10/16/2016 | 9/1/2017 | 9/2/2017 | Yes | 100.00% | 0.00% | 0.00% | 0.00% | CA |
| Olomi, Helai | 6/23/2017 | 11/13/2019 |  | Yes | 100.00% | 0.00% | 0.00% | 0.00% | CA |
| Whitworth, Philip Brandon | 1/19/2017 | 7/18/2018 | 7/19/2018 | Yes | 100.00% | 0.00% | 0.00% | 0.00% | TN |
| Yousif, Atheer | 10/9/2017 | 1/22/2018 |  | Yes | 100.00% | 0.00% | 0.00% | 0.00% | CA |
| Yousif, Fadi | 10/6/2017 | 1/6/2018 |  | Yes | 100.00% | 0.00% | 0.00% | 0.00% | CA |
| Zazou, Zouaoui | 12/21/2016 | 8/14/2022 |  | Yes | 95.83% | 4.17% | 0.00% | 0.00% | CA |
| Miller, Shawn | 12/6/2016 | 5/16/2022 |  | No | 99.54% | 0.03% | 0.00% | 0.43% | CA |
| Johnson, Dwayne | 2/18/2017 | 6/30/2024 |  | No | 76.85% | 21.98% | 0.22% | 0.95% | DE |
| Sponberg, Kimberly | 10/8/2016 | 12/8/2017 | 2/27/2018 | No | 98.88% | 0.00% | 0.00% | 1.12% | CA |
| Yarleque, Cinthia | 12/2/2019 | 8/25/2020 |  | No | 98.57% | 0.00% | 0.00% | 1.43% | NJ |
| Zollner, Michael | 5/25/2020 | 10/5/2020 | 10/6/2020 | No | 0.00% | 95.40% | 0.00% | 4.60% | VA |
| Brown, Shenia | 10/24/2016 | 9/6/2018 | 4/30/2017 | No | 95.18% | 0.00% | 0.00% | 4.82% | IL |
| Dahy, Noor | 12/22/2016 | 6/30/2024 |  | No | 87.59% | 6.84% | 0.00% | 5.56% | CA |
| Jones, Jason Tyrone | 4/21/2017 | 12/12/2020 | 12/14/2020 | No | 92.71% | 0.00% | 0.00% | 7.29% | CA |
| Talbot, Matthew | 4/24/2020 | 9/18/2020 | 8/26/2023 | No | 88.80% | 0.00% | 0.00% | 11.20% | CA |
| Gusciora, Jeffery | 11/22/2017 | 12/12/2019 | 12/13/2019 | No | 85.08% | 0.00% | 0.00% | 14.92% | MN |
| Matias, Kevin | 10/30/2016 | 3/20/2017 | 4/29/2017 | No | 82.61% | 0.00% | 0.00% | 17.39% | CA |
| Garciaflores, John | 9/16/2017 | 8/2/2020 | 8/12/2020 | No | 80.43% | 0.00% | 0.00% | 19.57% | UT |
| Howells, Rhett | 2/5/2016 | 10/18/2021 |  | No | 80.43% | 0.00% | 0.00% | 19.57% | OR |
| Davarci, Sancak | 11/22/2020 | 8/8/2023 |  | No | 76.53% | 0.00% | 0.00% | 23.47% | NY |
| Wilkins, Debra | 12/9/2016 | 6/30/2024 |  | No | 15.54% | 58.99% | 0.07% | 25.40% | AZ |
| Wilson, Lori | 7/22/2016 | 7/24/2021 | 7/25/2021 | No | 73.75% | 0.00% | 0.00% | 26.25% | MN |
| Covarrubias, Anthony | 12/23/2015 | 8/7/2017 | 9/19/2017 | No | 68.12% | 0.00% | 0.00% | 31.88% | TX |
| Wells, Bryan | 1/7/2021 | 2/17/2021 |  | No | 60.00% | 0.00% | 0.00% | 40.00% | CA |
| Greenberg, Charles | 4/17/2016 | 12/17/2023 |  | No | 56.83% | 0.32% | 0.95% | 41.90% | FL |
| Akramy, Ramin | 4/12/2018 | 9/21/2022 |  | No | 53.51% | 0.00% | 0.00% | 46.49% | CA |
| Rudd, Nikenya | 10/26/2018 | 6/14/2024 |  | No | 53.13% | 0.00% | 0.16% | 46.71% | TN |
| Ahmed, Mohamed Gaafar | 5/15/2018 | 8/19/2018 |  | No | 49.51% | 0.00% | 0.00% | 50.49% | CO |
| Gonzalez, Carlos Esquivel | 11/30/2016 | 1/9/2023 |  | No | 37.62% | 5.61% | 0.00% | 56.77% | CA |
| Freeman, Kathleen | 11/6/2017 | 9/11/2019 |  | No | 41.57% | 0.00% | 0.00% | 58.43% | TX |
| Kavasadze, David | 3/29/2018 | 10/10/2022 |  | No | 38.73% | 0.00% | 0.00% | 61.27% | UT |

**EXHIBIT 1 - NICKERSON DECLARATION**
**INFORMATION REGARDING 74 PETITION RESPONDENTS**

| Petition Respondent Name | Services Provided - First Delivery Block | Services Provided - Last Delivery Block | Last Offboard Date, if applicable | Solely Delivered GSF, SSD, ROAR | GSF Delivery Blocks | SSD Delivery Blocks | ROAR Delivery Blocks | AMZL Delivery Blocks | Last Delivery Block State |
|---|---|---|---|---|---|---|---|---|---|
| Murray, Shanita | 10/7/2017 | 6/9/2024 | | No | 10.47% | 26.69% | 0.00% | 62.84% | CA |
| Soedarmo, Adrio | 11/6/2016 | 12/6/2019 | 12/7/2019 | No | 35.10% | 0.00% | 0.00% | 64.90% | CA |
| Adams, Craig | 11/3/2017 | 5/5/2018 | 5/6/2018 | No | 29.38% | 0.00% | 0.00% | 70.62% | CO |
| Apostolas, Charles | 11/26/2018 | 3/2/2020 | 3/5/2020 | No | 26.65% | 0.00% | 0.00% | 73.35% | CA |
| Shehab, Jon | 3/29/2019 | 4/24/2021 | | No | 22.22% | 0.00% | 0.00% | 77.78% | CA |
| West, Brandon | 12/14/2016 | 12/27/2017 | 12/27/2017 | No | 13.81% | 0.00% | 0.00% | 86.19% | TX |
| Clarke, Timothy | 6/12/2018 | 12/24/2021 | | No | 12.97% | 0.00% | 0.00% | 87.03% | CA |
| Quinones, Michelle | 3/27/2019 | 3/13/2020 | | No | 8.01% | 0.00% | 0.00% | 91.99% | CA |
| Houston, LaQuita | 3/22/2020 | 5/21/2020 | 5/23/2020 | No | 6.67% | 0.00% | 0.00% | 93.33% | CA |
| Ruffalo, Debra | 11/27/2016 | 4/14/2018 | 4/15/2018 | No | 1.71% | 0.00% | 0.00% | 98.29% | CA |
| Estrada, Kevin | 2/15/2018 | 11/12/2020 | | No | 0.96% | 0.00% | 0.00% | 99.04% | CA |
| Dujardin, Donald | 11/2/2016 | 6/1/2024 | 8/5/2017 | No | 0.00% | 0.38% | 0.00% | 99.62% | CA |
| Adzasoo, Mawuili | 1/17/2019 | 7/3/2019 | 7/5/2019 | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Almowlad, Ahmed Ebrahim | 8/27/2018 | 12/26/2018 | | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Baik, Justin | 5/28/2016 | 9/17/2017 | 9/30/2017 | No | 0.00% | 0.00% | 0.00% | 100.00% | TX |
| Baskett, Charley | 11/8/2016 | 2/16/2017 | 2/17/2017 | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Clarke, Oliver David | 4/24/2018 | 4/27/2018 | 11/15/2023 | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Corn, Jack | 2/18/2017 | 6/29/2017 | 6/30/2017 | No | 0.00% | 0.00% | 0.00% | 100.00% | CO |
| Duval, Kelly Wright | 6/30/2016 | 8/9/2018 | | No | 0.00% | 0.00% | 0.00% | 100.00% | TX |
| Eisenberg, Steve | 8/14/2017 | 12/23/2017 | | No | 0.00% | 0.00% | 0.00% | 100.00% | OH |
| Fatunmise, Falope | 11/21/2017 | 11/25/2019 | | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Ferguson, Matt | 4/14/2017 | 10/24/2017 | 10/25/2017 | No | 0.00% | 0.00% | 0.00% | 100.00% | IL |
| Fleurimond, Jessica | 9/27/2017 | 11/27/2017 | 11/28/2017 | No | 0.00% | 0.00% | 0.00% | 100.00% | PA |
| Freitas, Christiano | 1/28/2017 | 12/18/2018 | 12/28/2018 | No | 0.00% | 0.00% | 0.00% | 100.00% | NC |
| Gattison, Kenya | 5/18/2017 | 2/15/2018 | 2/16/2018 | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Hull, Ashley | 3/11/2017 | 1/22/2018 | | No | 0.00% | 0.00% | 0.00% | 100.00% | TX |
| Mack, Iain | 11/23/2016 | 1/31/2018 | | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Medina, Felix | 11/4/2017 | 3/3/2021 | 3/11/2021 | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Mitchell, Danielle | 4/25/2018 | 9/11/2018 | | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Otman, Ben Mohaed Ala | 5/9/2018 | 7/12/2019 | 7/15/2019 | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Phillips, Zerita | 8/24/2016 | 8/6/2017 | 4/27/2018 | No | 0.00% | 0.00% | 0.00% | 100.00% | TX |
| Quirino, Philip Jor-El Anthony | 7/1/2017 | 2/1/2018 | 2/3/2018 | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Robertson, Ashley | 6/9/2017 | 8/30/2018 | | No | 0.00% | 0.00% | 0.00% | 100.00% | OH |
| Ruff, Eric | 12/24/2016 | 4/1/2019 | | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Solis, Marie Y. | 11/15/2019 | 5/30/2021 | | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Warren, Brenda | 4/14/2018 | 5/7/2018 | 5/8/2018 | No | 0.00% | 0.00% | 0.00% | 100.00% | CA |
| Zavala, Rafael | 1/22/2016 | 7/26/2017 | 7/26/2017 | No | 0.00% | 0.00% | 0.00% | 100.00% | TX |