THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | Consolidated Action <br> CASE NO. C16-1554-JCC <br><br> MINUTE ORDER |

    This matter comes before the Court *sua sponte*. Defendant's motion for partial dismissal (Dkt. No. 303) and Plaintiffs' motion to enjoin the prosecution of later-filed cases (Dkt. No. 304) are presently before the Court. In light of the issues raised in each, and the supplemental briefing the Court seeks regarding the same, (*see* Dkt. No. 325), and in the interest of judicial economy, the Court will consider the motions concurrently. The Clerk is, therefore, directed to renote the motion to dismiss (Dkt. No. 303) to August 16, 2024.

    DATED this 12th day of August 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C16-1554-JCC
PAGE - 1