The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM INC. and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Consolidated Action<br>Case No. C16-1554-JCC<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY (Dkt. No. 336)** |

On September 5, 2024, Defendants Amazon.com Inc. and Amazon Logistics, Inc. filed a Notice of Supplemental Authority citing the Third Circuit's order dismissing the appeal in *Harper v. Amazon.com Services, Inc.*, No. 23-1073 (3d Cir. Sept. 3, 2024). (*See* Dkt. No. 336). According to Amazon, the Third Circuit's dismissal order "shows that federal courts continue to exercise jurisdiction over the same arbitration issues that Plaintiffs claim must be litigated exclusively in this Court." (*Id.*). Not so.

The Third Circuit dismissed the appeal in *Harper* for lack of jurisdiction. (*See id.*, Ex. A) ("The motion by Appellee to dismiss the appeal for lack of jurisdiction is granted).

In other words, the Third Circuit declined jurisdiction over the "arbitration issues" in *Harper*. *Id.* For this reason, Amazon cites no substantive, much less persuasive, analysis from *Harper*.

At any rate, the Ninth Circuit has already affirmed this Court's opinion denying arbitration. *Rittmann v. Amazon.com, Inc.*, 383 F. Supp. 3d 1196, 1201 (W.D. Wash. 2019), *aff'd*, 971 F.3d 904 (9th Cir. 2020), *cert. denied*, 141 S. Ct. 1374 (2021). The Court should not allow Amazon to evade this precedent by pursuing parallel litigation against 74 Plaintiffs in 22 other district courts. As Plaintiffs have already explained, an injunction under the All Writs Act "is the appropriate sanction to preclude this 'judicial hopscotch.'" *In re Ocean Ranger Sinking off Newfoundland on Feb. 15, 1982*, 617 F. Supp. 435, 436 (E.D. La. 1985) (describing a parallel action as "a flagrant attempt to avoid the effect of [an] adverse judgment").

Dated: September 10, 2024 By: *s/ Shannon Liss-Riordan*

Shannon Liss-Riordan (*pro hac vice*)
Harold L. Lichten (*pro hac vice*)
Jeremy Abay (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
jabay@llrlaw.com

Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*