THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | CASE NO. C16-1554-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for leave to file an over-length reply brief (Dkt. No. 344). Finding good cause, the motion is GRANTED. Defendant may file a brief opposing Plaintiffs' Second Motion for Notice to Be Issued to Similarly Situated Employees not to exceed 11,400 words.

DATED this 17th day of October 2024.

Ravi Subramanian<br>Clerk of Court<br><br>s/Kathleen Albert<br>Deputy Clerk