THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | CASE NO. C16-1554-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to enforce a prior discovery order, for a protective order, and to set certain deadlines prior to potential class certification (Dkt. No. 339). Plaintiffs do not dispute that certain opt-in Plaintiffs have yet to comply with this Court's July 30, 2024, order compelling discovery. (*See* Dkt. Nos. 346 at 5–6, 326 at 2.) They acknowledge that any unresponsive Plaintiffs are subject to dismissal. (Dkt. No. 346 at 5.) Plaintiffs also do not oppose the discovery and briefing schedule proposed by Defendants. (*Id.* at 7.) They do, however, express concern about further delay of a previously scheduled Rule 30(b)(6) deposition. (*Id.* at 7–9.) Defendants do not maintain their request for a protective order in their most recent briefing; instead, they indicate they are amenable to scheduling the Rule

30(b)(6) deposition before the deadline. (*See* Dkt. No 350 at 7–8.)

Finding good cause, the Court establishes the following pre-certification deadlines:

| Event | Deadline |
|---|---|
| Deadline for Plaintiffs to Produce Discovery from Opt-In Plaintiffs Pursuant to Court Order (Dkt. No. 326) | November 8, 2024 |
| Deadline for Plaintiffs to take the Rule 30(b)(6) deposition and for Defendants to Complete Plaintiff and Opt-In Depositions, prior to which Defendants may move to compel discovery from the Named Plaintiffs if deficiencies are not resolved | December 6, 2024 |
| Deadline for Plaintiffs to file Motion for Class Certification | December 27, 2024 |
| Deadline for Defendants' Renewed Motion to Compel Arbitration | December 27, 2024 |
| Deadline for Defendants' Opposition to Motion for Class Certification | February 28, 2025 |
| Deadline for Plaintiffs' Reply in support of the Motion for Class Certification | March 21, 2025 |

Any opt-in Plaintiffs who are unresponsive to the discovery previously ordered (Dkt. No. 326) by the deadline above shall be dismissed from this action.

DATED this 29th day of October 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C16-1554-JCC
PAGE - 2