The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM INC. and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Consolidated Action<br>Case No. 2:16-cv-01554-JCC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>**Clerk's Action Required** |

TO:        The Clerk of the Court; and

AND TO:    All Parties and Counsel of Record.

PLEASE TAKE NOTICE that Marc C. Cote of Frank Freed Subit & Thomas LLP hereby withdraws as an attorney of record for the Rittmann Plaintiffs in the consolidated matters under Case No. 2:16-cv-01554-JCC. Michael C. Subit of Frank Freed Subit & Thomas LLP and Shannon Liss-Riordan and Harold L. Lichten of Lichten & Liss-Riordan, P.C. continue to represent the Rittmann Plaintiffs in this matter.

DATED at Seattle, Washington on this 13th day of November 2024.

By: /s/ *Marc C. Cote*
By: /s/ *Michael C. Subit*
Marc C. Cote, WSBA No. 39824
Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1729

NOTICE OF WITHDRAWAL OF COUNSEL - 1
Case No. 2:16-cv-01554-JCC

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104-1798
(206) 682-6711

Telephone: (206) 682-6711
Fax: (206) 682-0401
Email: mcote@frankfreed.com
Email: msubit@frankfreed.com

By: /s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan (*Pro Hac Vice*)
Harold L. Lichten (*Pro Hac Vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Fax: (617) 994-5801
Email: sliss@llrlaw.com
Email: hlichten@llrlaw.com

*Attorneys for Rittmann Plaintiffs*

NOTICE OF WITHDRAWAL OF COUNSEL - 2
Case No. 2:16-cv-01554-JCC

FRANK FREED
SUBIT & THOMAS LLP
Suite 1200 Hoge Building, 705 Second Avenue
Seattle, Washington 98104‑1798
(206) 682‑6711