HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC. et al., <br><br> Defendants. | Consolidated Action <br><br> Case No. C16-1554 JCC <br><br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that JOHN S. BATTENFELD, BRIAN D. BERRY, BRIAN D. FAHY, and MAX C. FISCHER of MORGAN, LEWIS & BOCKIUS LLP hereby withdraw as counsel of record (admitted *pro hac vice)* for Defendants Amazon Logistics, Inc., and Amazon.com, Inc., (collectively, "Amazon Defendants") in the above-captioned matter, effective immediately. Defendants will continue to be represented by other counsel of record who have entered appearances in this action, and there will therefore be no disruption to the Court's calendar or the representation of Defendants in this matter.

Dated:  December 3, 2024

NOTICE OF WITHDRAWAL OF COUNSEL – PAGE 1
Case No. C16-1554 JCC

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

| | |
|---|---|
| *Attorneys for Amazon Defendants:* | *Withdrawing Attorneys for Amazon Defendants:* |
| By: *s/ Andrew DeCarlow* <br> Andrew DeCarlow, WSBA 54471 <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Telephone: (206) 274-6400 <br> Facsimile: (206) 274-6401 <br> Email: andrew.decarlow@morganlewis.com <br><br> Richard G. Rosenblatt (*pro hac vice*) <br> James P. Walsh, Jr. (*pro hac vice*) <br> Sean P. Lynch (*pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 502 Carnegie Center <br> Princeton, NJ 08540-6241 <br> Telephone:  (609) 916-6600 <br> Facsimile:  (609) 916-6601 <br> Email: richard.rosenblatt@morganlewis.com <br>           james.walsh@morganlewis.com <br>           sean.lynch@morganlewis.com <br><br> Sarah Zenewicz (*pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> One Market Spear Street Tower <br> San Francisco, CA 94105 <br> Telephone: (415) 442-1000 <br> Fax: (415) 442-1001 <br> Email: sarah.zenewicz@morganlewis.com <br><br> Michael J Puma (*pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 300 S. Grand Ave., Suite 2200 <br> Los Angeles, CA 90071 <br> Telephone: (213) 612-2500 <br> Fax: (213) 612-2501 <br> Email: michael.puma@morganlewis.com | By: *s/ John S. Battenfeld* <br> John S. Battenfeld (*pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 300 S. Grand Ave., Suite 2200 <br> Los Angeles, CA 90071 <br> Telephone: (213) 612-2500 <br> Fax: (213) 612-2501 <br> Email: jbattenfeld@morganlewis.com <br><br> By: *s/ Max C. Fischer* <br> Max C. Fischer (*pro hac vice*) <br> Email: max.fischer@morganlewis.com <br><br> By: *s/ Brian D. Fahy* <br> Brian D. Fahy (*pro hac vice*) <br> Email: brian.fahy@morganlewis.com <br><br> By: *s/ Brian Berry* <br> Brian Berry (*pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> One Market Spear Street Tower <br> San Francisco, CA 94105 <br> Telephone: (415) 442-1000 <br> Fax: (415) 442-1001 <br> Email: brian.berry@morganlewis.com |

NOTICE OF WITHDRAWAL OF COUNSEL – PAGE 2  
Case No. C16-1554 JCC

**MORGAN, LEWIS & BOCKIUS LLP**  
ATTORNEYS AT LAW  
1301 SECOND AVENUE, SUITE 3000  
SEATTLE, WASHINGTON 98101  
TEL +1.206.274.6400 FAX +1.206.274.6401