THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>　　　　　　Defendants. | No. 2:16-cv-1554<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**<br><br>NOTE ON MOTION CALENDAR:<br>December 30, 2024 |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CERTIFY ORDER UNDER 28 U.S.C. § 1292(b)
No. 2:16-cv-1554 – Page 1

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500

**[PROPOSED] ORDER**

This matter came before the Court on Defendants' motion to certify the Court's conditional-certification order (Dkt. 381) for interlocutory review under 28 U.S.C. § 1292(b). The Court has considered Defendants' motion, Plaintiffs' response, and Defendants' reply; the parties' oral submissions, if any; as well as all other files and records in this case.

After careful consideration, the Court concludes that all requirements for Section 1292(b) certification have been met and that certification is warranted. The Court's order involves not one, but two, "controlling question[s] of law as to which there is substantial ground for difference of opinion." 28 U.S.C. § 1292(b). Specifically, the order presents the questions (i) whether claims of all members of a putative collective under the Fair Labor Standards Act can be equitably tolled at the conditional-certification stage based on delays in the issuance of judicial notice and absent a showing that each member of the collective acted with reasonable diligence, and (ii) whether judicial notice can be directed to people who agreed to arbitrate their claims before the enforceability of the arbitration agreements is resolved. Both issues, though important, have not been definitively addressed by the Ninth Circuit and are subject to reasonable disagreement, as illustrated by the contrary authorities the parties cite. Further, "an immediate appeal from the order may materially advance the ultimate termination of the litigation," *id.*, by substantially reducing the size of the putative collective, avoiding time-consuming motions practice, preventing confusion for would-be recipients of judicial notice who are barred from participating in this action, and securing valuable guidance from the Ninth Circuit on how these issues should be resolved.

Accordingly, **IT IS HEREBY ORDERED** that:

Defendants' motion to certify is **GRANTED**; and

The Court's December 2, 2024 order (Dkt. 381) is hereby **CERTIFIED** for interlocutory appeal under 28 U.S.C. § 1292(b).

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CERTIFY ORDER UNDER 28 U.S.C. § 1292(b)
No. 2:16-cv-1554 – Page 2

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500

DATED this _____ day of _____, 2025.

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

*Presented by*:

GIBSON, DUNN & CRUTCHER LLP

By: s/ *Jason C. Schwartz*

Jason C. Schwartz, *Admitted Pro Hac Vice*
Lucas C. Townsend, *Admitted Pro Hac Vice*
Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
1700 M Street, N.W.
Washington, D.C. 20036-4504
+1 202.955.8500
jschwartz@gibsondunn.com
ltownsend@gibsondunn.com
dmanthripragada@gibsondunn.com

Megan Cooney, *Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
mcooney@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP

By:  s/ *Andrew DeCarlow*

Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1 206.274-0154
andrew.decarlow@morganlewis.com

Richard G. Rosenblatt, *Admitted Pro Hac Vice*
James P. Walsh, Jr., *Admitted Pro Hac Vice*
502 Carnegie Center
Princeton, NJ 08540
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

Brian D. Berry, *Admitted Pro Hac Vice*
Sarah Zenewicz, *Admitted Pro Hac Vice*
One Market Spear Street Tower
San Francisco, CA 94105
brian.berry@morganlewis.com
sarah.zenewicz@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO CERTIFY ORDER UNDER 28 U.S.C. § 1292(b)
No. 2:16-cv-1554 – Page 3

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500