THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN *et al.*,<br><br>            Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>            Defendants. | No. 2:16-cv-1554-JCC<br><br>**STIPULATION AND [PROPOSED] ORDER RE:  EXTENSION OF TIME FOR ISSUANCE OF FLSA NOTICE, MOTION FOR CLASS CERTIFICATION, AND RENEWED MOTION TO COMPEL ARBITRATION**<br><br>NOTE ON MOTION CALENDAR:<br>December 12, 2024 |

      Plaintiffs and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and request that the Court extend the following deadlines related to Plaintiffs' forthcoming motion for class certification, Defendants' forthcoming renewed motion to compel arbitration, and the production of a collective list to Plaintiff and distribution of notice in accordance with the Court's order granting conditional certification of the FLSA claims.

      On October 29, 2024, the Court issued an order setting December 27, 2024 as the deadline for Plaintiffs to file a motion for class certification and for Defendants to file a renewed motion to compel arbitration.  ECF 359 at 2.

      On December 2, 2024, the Court issued an order granting Plaintiffs' motion for conditional certification under the FLSA and providing that Defendants must produce to Plaintiffs certain

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554 — Page 1

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500

1  information about all members of the collective within 14 days of the order. ECF 381 at 12.
2  Defendants' current deadline to produce such information is December 16, 2024.

3  The Court's December 2 order also provided that the parties must meet and confer as to
4  the content of the notice, submit the proposed notice to the Court, and select an administrator
5  within 60 days of the order. ECF 381 at 12–13. The Parties' deadline to submit the proposed
6  notice to the Court and select an administrator is January 31, 2025.

7  On December 9, 2024, Defendants filed a motion to certify the Court's conditional
8  certification order for interlocutory appeal under 28 U.S.C. § 1292(b). ECF 391. Defendants'
9  motion is noted for December 30, 2024. *Id.*

10  The Parties have met and conferred on the existing deadlines and agreed on several
11  proposed extensions to the case schedule in light of the Court's December 2 order and Defendants'
12  motion for interlocutory appeal.

13  First, Defendants request, and Plaintiffs consent to, a 30-day extension of time to provide
14  to Plaintiffs' counsel the list of individuals who fall within the conditionally certified collective.
15  As noted in Defendants' opposition to Plaintiffs' motion for conditional certification, the list will
16  include more than one million individuals. Collecting the information ordered to be produced in
17  the Court's December 2 order is time consuming, and additional time will permit Defendants to
18  compile a more comprehensive list for production to Plaintiffs' counsel under the terms of the
19  Parties' Stipulated Protective Order.

20  Second, the Parties do not request any extension to the January 31, 2025, deadline to submit
21  their proposal regarding the collective action notice and a notice administrator. However, to permit
22  the Court to consider and resolve Defendants' motion to certify for interlocutory appeal, and allow
23  time for any resulting appeal, Defendants request, and the Parties agreed, that the FLSA notice
24  shall not be sent to the members of the collective until the later of 30 days after the Court has
25  resolved that motion or 30 days after the final disposition of any resulting appellate proceedings.

26  Third, given the motion practice surrounding the Court's December 2 order and because
27  the deadlines fall over the winter holidays, Plaintiffs request additional time to prepare and file
28  their motion for class certification. Plaintiffs request that the schedule for Defendants' renewed

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554 — Page 2

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500

motion to compel arbitration also be continued to keep the schedules for the two motions concurrent. ECF 359 at 2. Defendants do not oppose this request.

The Parties therefore stipulate to the following:

1. The deadline for Defendants to produce to Plaintiffs the list of collective members outlined in the Court's December 2 order (ECF 381) is extended by 30 days, to January 15, 2025.

2. Pursuant to the Court's December 2 order, the Parties will meet and confer within 60 days of that date to determine the content of the FLSA notice and select an administrator, and they will provide the Court with the proposed notice. The Parties agree that notice shall not be sent until the later of 30 days after the Court has resolved Defendants' motion to certify for interlocutory appeal or 30 days after the final disposition of any resulting appellate proceedings.

3. Plaintiffs' motion for class certification, and Defendants' renewed motion to compel arbitration, shall be due on the later of 45 days after the Court has resolved Defendants' motion to certify for interlocutory appeal, or 45 days after the final disposition of any resulting appellate proceedings. Consistent with the prior briefing schedule and regardless of the date Plaintiffs file their motion, Defendants' opposition to Plaintiffs' motion for class certification shall be due 60 days after the date that the motion is due, and Plaintiffs' reply shall be due 21 days after the date that the opposition is due.

Stipulated by and between the parties through their counsel of record:

Dated: December 12, 2024      Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: s/ *Jason C. Schwartz*
Jason C. Schwartz, *Admitted Pro Hac Vice*
Lucas C. Townsend, *Admitted Pro Hac Vice*
Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
1700 M Street, N.W.
Washington, D.C. 20036-4504
+1 202.955.8500

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554 — Page 3

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500

jschwartz@gibsondunn.com
ltownsend@gibsondunn.com
dmanthripragada@gibsondunn.com

Megan Cooney, *Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
mcooney@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP


By:  s/ *Andrew DeCarlow*

Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1 206.274.0154
andrew.decarlow@morganlewis.com

Richard G. Rosenblatt, *Admitted Pro Hac Vice*
James P. Walsh, Jr., *Admitted Pro Hac Vice*
502 Carnegie Center
Princeton, NJ 08540
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

Sarah Zenewicz, *Admitted Pro Hac Vice*
One Market Spear Street Tower
San Francisco, CA 94105
sarah.zenewicz@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554 — Page 4

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500

Dated: December 13, 2024

LICHTEN & LISS-RIORDAN, P.C.

By: s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan (*pro hac vice*)
Harold L. Lichten (*pro hac vice*)
Jeremy Abay (*pro hac vice*)
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
jabay@llrlaw.com

FRANK FREED SUBIT & THOMAS LLP

By: s/ *Michael C. Subit*
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554 — Page 5

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500

# ORDER

IT IS SO ORDERED.

DATED:    December 13th   , 2024.

*[signature: John C. Coughenour]*

HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

Dated: December 12, 2024    Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: s/ *Jason C. Schwartz*

Jason C. Schwartz, *Admitted Pro Hac Vice*
Lucas C. Townsend, *Admitted Pro Hac Vice*
Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
1700 M Street, N.W.
Washington, D.C. 20036-4504
+1 202.955.8500
jschwartz@gibsondunn.com
ltownsend@gibsondunn.com
dmanthripragada@gibsondunn.com

Megan Cooney, *Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
mcooney@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP

By: s/ *Andrew DeCarlow*

Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1 206.274.0154
andrew.decarlow@morganlewis.com

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554 — Page 6

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500

```
                          Richard G. Rosenblatt, Admitted Pro Hac Vice
                          James P. Walsh, Jr., Admitted Pro Hac Vice
                          502 Carnegie Center
                          Princeton, NJ 08540
                          richard.rosenblatt@morganlewis.com
                          james.walsh@morganlewis.com

                          Sarah Zenewicz, Admitted Pro Hac Vice
                          One Market Spear Street Tower
                          San Francisco, CA 94105
                          sarah.zenewicz@morganlewis.com
```

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*

Dated: December 12, 2024          LICHTEN & LISS-RIORDAN, P.C.


By: s/ *Shannon Liss-Riordan*
    Shannon Liss-Riordan (*pro hac vice*)
    Harold L. Lichten (*pro hac vice*)
    Jeremy Abay (*pro hac vice*)
    729 Boylston Street, Suite 2000
    Boston, MA 02116
    (617) 994-5800
    sliss@llrlaw.com
    hlichten@llrlaw.com
    jabay@llrlaw.com


FRANK FREED SUBIT & THOMAS LLP


By: s/ *Michael C. Subit*
    Michael C. Subit, WSBA No. 29189
    705 Second Avenue, Suite 1200
    Seattle, WA 98104
    (206) 682-6711
    msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554 — Page 7

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500