THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>Defendants. | No. 2:16-cv-1554-JCC<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF PLAINTIFFS RAEF LAWSON, ADRIANA PONCE, CINTHIA YARLEQUE, JULIE WEHMEYER, AND LISA EVANOFF FROM THIS ACTION WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR: January 23, 2025 |

Plaintiffs and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and request that the Court dismiss Plaintiffs Raef Lawson, Adriana Ponce, Cinthia Yarleque, Julie Wehmeyer, and Lisa Evanoff from this action with prejudice.

Stipulated by and between the parties through their counsel of record:

Dated:  January 23, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  *s/ Megan Cooney*
Megan Cooney, *Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1200

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554-JCC — Page 1

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
(949) 451-4087

Irvine, CA 92612-4412
+1 949.451.4087
mcooney@gibsondunn.com

Jason C. Schwartz, *Admitted Pro Hac Vice*
Lucas C. Townsend, *Admitted Pro Hac Vice*
Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
1700 M Street, N.W.
Washington, D.C. 20036-4504
+1 202.955.8500
jschwartz@gibsondunn.com
ltownsend@gibsondunn.com
dmanthripragada@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Andrew DeCarlow*

Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1 206.274.0154
andrew.decarlow@morganlewis.com

Richard G. Rosenblatt, *Admitted Pro Hac Vice*
James P. Walsh, Jr., *Admitted Pro Hac Vice*
502 Carnegie Center
Princeton, NJ 08540
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

Sarah Zenewicz, *Admitted Pro Hac Vice*
One Market Spear Street Tower
San Francisco, CA 94105
sarah.zenewicz@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554-JCC — Page 2

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
(949) 451-4087

Dated: January 23, 2025

LICHTEN & LISS-RIORDAN, P.C.

By: *s/ Shannon Liss-Riordan*

Shannon Liss-Riordan (*pro hac vice*)
Harold L. Lichten (*pro hac vice*)
Jeremy Abay (*pro hac vice*)
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
jabay@llrlaw.com

FRANK FREED SUBIT & THOMAS LLP

By: *s/ Michael C. Subit*

Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554-JCC — Page 3

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
(949) 451-4087

**ORDER**

IT IS SO ORDERED.

DATED:    January 23   , 2025.

HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

Dated: January 23, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: *s/ Megan Cooney*

   Megan Cooney, *Admitted Pro Hac Vice*
   3161 Michelson Drive, Suite 1200
   Irvine, CA 92612-4412
   +1 949.451.4087
   mcooney@gibsondunn.com

   Jason C. Schwartz, *Admitted Pro Hac Vice*
   Lucas C. Townsend, *Admitted Pro Hac Vice*
   Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
   1700 M Street, N.W.
   Washington, D.C. 20036-4504
   +1 202.955.8500
   jschwartz@gibsondunn.com
   ltownsend@gibsondunn.com
   dmanthripragada@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Andrew DeCarlow*

   Andrew DeCarlow, WSBA No. 54471
   1301 Second Avenue, Suite 3000
   Seattle, WA 98101

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554-JCC — Page 4

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
(949) 451-4087

+1 206.274.0154
andrew.decarlow@morganlewis.com

Richard G. Rosenblatt, *Admitted Pro Hac Vice*
James P. Walsh, Jr., *Admitted Pro Hac Vice*
502 Carnegie Center
Princeton, NJ 08540
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

Sarah Zenewicz, *Admitted Pro Hac Vice*
One Market Spear Street Tower
San Francisco, CA 94105
sarah.zenewicz@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*

Dated: January 23, 2025          LICHTEN & LISS-RIORDAN, P.C.


By:  *s/ Shannon Lis-Riordan*

   Shannon Liss-Riordan (*pro hac vice*)
   Harold L. Lichten (*pro hac vice*)
   Jeremy Abay (*pro hac vice*)
   729 Boylston Street, Suite 2000
   Boston, MA 02116
   (617) 994-5800
   sliss@llrlaw.com
   hlichten@llrlaw.com
   jabay@llrlaw.com


FRANK FREED SUBIT & THOMAS LLP


By:  *s/ Michael C. Subit*

   Michael C. Subit, WSBA No. 29189
   705 Second Avenue, Suite 1200
   Seattle, WA 98104
   (206) 682-6711
   msubit@frankfreed.com

   *Attorneys for Rittmann Plaintiffs*

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554-JCC   — Page 5

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
(949) 451-4087