The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN et al.,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>Defendants. | NO. 2:16-cv-01554-JCC<br><br>[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

This matter having come before the undersigned on Proposed Intervenors' Motion to Withdraw as Counsel, the Court having reviewed the Motion to Withdraw and the underlying Motion to Intervene, as well as its decision denying the Motion to Intervene as moot,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Withdraw as Counsel is GRANTED.

DATED this _28th_ day of January, 2025.

*/s/ John C. Coughenour*

The Honorable John C. Coughenour

MOTION TO WITHDRAW AS COUNSEL - 1
Case No. 2:16-cv-01554-JCC

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Presented By:

By: *s/Kaleigh N. Boyd*
Kaleigh N. Boyd, WSBA #52684
kboyd@tousley.com
Jason T. Dennett, WSBA #30686
jdennett@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206.682.5600
Fax: 206.682.2992

*Attorneys for Proposed Intervenors*
*Gary Scollins and Bronshae Alexander*

MOTION TO WITHDRAW AS COUNSEL - 2
Case No. 2:16-cv-01554-JCC

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992