The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RITTMAN, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>        Defendants. | 2:16-cv-01554-JCC<br><br>PLAINTIFF LOUIE RONQUILLO'S NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br>February 24, 2025 |

PLAINTIFF LOUIE RONQUILLO'S NON-OPPOSITION
TO MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Plaintiff Louie Ronquillo does not oppose Defendant's Motion to Dismiss (ECF 408).

Dated: February 18, 2025

RASTEGAR LAW GROUP, APC

By: /s/ Douglas W. Perlman
FARZAD RASTEGAR
DOUGLAS W. PERLMAN
Attorneys for Plaintiff Louie Ronquillo

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2025, I caused the foregoing to be filed and served upon counsel of record via the Court's CM/ECF filing system, which will send notice of such to all counsel of record.

RASTEGAR LAW GROUP, APC

By: /s/ Douglas W. Perlman
FARZAD RASTEGAR
DOUGLAS W. PERLMAN
Attorneys for Plaintiff Louie Ronquillo