THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>  Defendants. | No. 2:16-cv-1554-JCC<br><br>**JOINT STIPULATION TO EXTEND DEADLINES RELATED TO THE ISSUANCE OF NOTICE TO THE FLSA COLLECTIVE, THE CLASS CERTIFICATION MOTION, AND THE RENEWED MOTION TO COMPEL ARBITRATION; [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>February 27, 2025 |

JOINT STIPULATION TO EXTEND DEADLINES RE: ISSUANCE OF FLSA NOTICE, CLASS CERTIFICATION, RENEWED MOTION TO COMPEL ARBITRATION; [PROPOSED] ORDER

No. 2:16-cv-1554-JCC

**STIPULATION**

Plaintiffs and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and request that the Court extend the deadlines related to the issuance of notice to the FLSA Collective, Plaintiffs' forthcoming motion for class certification, and Defendants' forthcoming renewed motion to compel arbitration.

On December 2, 2024, the Court issued an order granting Plaintiffs' motion for conditional certification under the FLSA. ECF 381 at 12.

On December 9, 2024, Defendants filed a motion to certify the Court's conditional certification order for interlocutory appeal under 28 U.S.C. § 1292(b). ECF 391. The Court denied the motion on January 29, 2025. ECF 406.

The Court's order triggered the deadlines for the issuance of FLSA notice, Plaintiffs' motion for class certification, and Defendants' renewed motion to compel arbitration, as set in the Court's December 13 order (ECF 393). Accordingly, the deadline for the issuance of FLSA notice is February 28, 2025. Plaintiffs' deadline to file their motion for class certification and Defendants' deadline to file their renewed motion to compel arbitration is March 17, 2025. Defendants' deadline to file their opposition to Plaintiffs' motion for class certification is May 16, 2025, and Plaintiffs' deadline to file their reply is June 6, 2025.

On January 31, 2025, Plaintiffs and Defendants filed their proposed forms of FLSA notice, which are pending the Court's approval. ECF 407-1 and ECF 407-2.

The parties have met and conferred, and Plaintiffs' counsel anticipates that it will require fourteen days to facilitate the administration of issuing the notice once the Court approves the form of the notice. Because the form of notice has not yet been ruled upon, it will not be possible for Plaintiffs to have the notice issued tomorrow. The Parties also agree that extensions to the briefing schedule for Plaintiffs' motion for class certification and the deadline for Defendants' renewed motion to compel arbitration are appropriate based on the agreed-upon extension of the date for FLSA notice and other conflicts arising from the current deadlines.

JOINT STIPULATION TO EXTEND DEADLINES RE:
ISSUANCE OF FLSA NOTICE, CLASS
CERTIFICATION, RENEWED MOTION TO COMPEL
ARBITRATION; [PROPOSED] ORDER

No. 2:16-cv-1554-JCC — Page 1

The Parties therefore stipulate to the following:

1. The date by which FLSA notice shall be issued is extended by 30 days, to March 30, 2025.
2. The deadline for Plaintiffs to file their motion for class certification and for Defendants to file their renewed motion to compel arbitration, as outlined in the Court's December 13 order (ECF 393), is extended by 30 days, to April 16, 2025.
3. The deadline for Defendants to file their opposition to Plaintiffs' motion for class certification is extended by 30 days, to June 16, 2025.
4. The deadline for Plaintiffs to file their reply is extended by 30 days, to July 7, 2025.

Stipulated by and between the parties through their counsel of record:

Dated: February 28, 2025

By: s/ *Shannon Liss-Riordan*

Shannon Liss-Riordan (*pro hac vice*)
Harold L. Lichten (*pro hac vice*)
Jeremy Abay (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
jabay@llrlaw.com

Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*

JOINT STIPULATION TO EXTEND DEADLINES RE: ISSUANCE OF FLSA NOTICE, CLASS CERTIFICATION, RENEWED MOTION TO COMPEL ARBITRATION; [PROPOSED] ORDER

No. 2:16-cv-1554-JCC — Page 2

Dated: February 27, 2025

GIBSON, DUNN & CRUTCHER LLP

By: *s/ Megan Cooney*

Megan Cooney, *Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
mcooney@gibsondunn.com

Jason C. Schwartz, *Admitted Pro Hac Vice*
Lucas C. Townsend, *Admitted Pro Hac Vice*
Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
1700 M Street, N.W.
Washington, D.C. 20036-4504
+1 202.955.8500
jschwartz@gibsondunn.com
ltownsend@gibsondunn.com
dmanthripragada@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Andrew DeCarlow*

Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1 206.274.0154
andrew.decarlow@morganlewis.com

Richard G. Rosenblatt, *Admitted Pro Hac Vice*
James P. Walsh, Jr., *Admitted Pro Hac Vice*
502 Carnegie Center
Princeton, NJ 08540
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

Sarah Zenewicz, *Admitted Pro Hac Vice*
One Market Spear Street Tower
San Francisco, CA 94105
sarah.zenewicz@morganlewis.com

*Attorneys for Defendants
Amazon.com, Inc. and Amazon Logistics, Inc.*

JOINT STIPULATION TO EXTEND DEADLINES RE:
ISSUANCE OF FLSA NOTICE, CLASS
CERTIFICATION, RENEWED MOTION TO COMPEL
ARBITRATION; [PROPOSED] ORDER

No. 2:16-cv-1554-JCC — Page 3

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this 28th day of February 2025.

_____
The Honorable John C. Coughenour

*Presented by:*

Dated: February 28, 2025

By: s/ *Shannon Liss-Riordan*

Shannon Liss-Riordan (*pro hac vice*)
  Harold L. Lichten (*pro hac vice*)
  Jeremy Abay (*pro hac vice*)
  LICHTEN & LISS-RIORDAN, P.C.
  729 Boylston Street, Suite 2000
  Boston, MA 02116
  (617) 994-5800
  sliss@llrlaw.com
  hlichten@llrlaw.com
  jabay@llrlaw.com

Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
  705 Second Avenue, Suite 1200
  Seattle, WA 98104
  (206) 682-6711
  msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*

Dated: February 27, 2025          GIBSON, DUNN & CRUTCHER LLP

By: s/ *Megan Cooney*

JOINT STIPULATION TO EXTEND DEADLINES RE:
ISSUANCE OF FLSA NOTICE, CLASS
CERTIFICATION, RENEWED MOTION TO COMPEL
ARBITRATION; [PROPOSED] ORDER

No. 2:16-cv-1554-JCC — Page 4

Megan Cooney, *Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
mcooney@gibsondunn.com

Jason C. Schwartz, *Admitted Pro Hac Vice*
Lucas C. Townsend, *Admitted Pro Hac Vice*
Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
1700 M Street, N.W.
Washington, D.C. 20036-4504
+1 202.955.8500
jschwartz@gibsondunn.com
ltownsend@gibsondunn.com
dmanthripragada@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP

By:  *s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1 206.274.0154
andrew.decarlow@morganlewis.com

Richard G. Rosenblatt, *Admitted Pro Hac Vice*
James P. Walsh, Jr., *Admitted Pro Hac Vice*
502 Carnegie Center
Princeton, NJ 08540
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

Sarah Zenewicz, *Admitted Pro Hac Vice*
One Market Spear Street Tower
San Francisco, CA 94105
sarah.zenewicz@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*

JOINT STIPULATION TO EXTEND DEADLINES RE:
ISSUANCE OF FLSA NOTICE, CLASS
CERTIFICATION, RENEWED MOTION TO COMPEL
ARBITRATION; [PROPOSED] ORDER

No. 2:16-cv-1554-JCC — Page 5