THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERNADEAN RITTMANN *et al.*,

           Plaintiffs,

    v.

AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,

           Defendants.

No. 2:16-cv-1554-JCC

**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF PLAINTIFF CRAIG ADAMS FROM THIS ACTION WITH PREJUDICE**

NOTE ON MOTION CALENDAR:
March 10, 2025

    Plaintiffs and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and request that the Court dismiss Plaintiff Craig Adams from this action with prejudice.

    Stipulated by and between the parties through their counsel of record:

Dated:  March 10, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  *s/ Megan Cooney*

Megan Cooney, *Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
+1 949.451.4087
mcooney@gibsondunn.com

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554-JCC  — Page 1

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
(949) 451-4087

Jason C. Schwartz, *Admitted Pro Hac Vice*
Lucas C. Townsend, *Admitted Pro Hac Vice*
Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
1700 M Street, N.W.
Washington, D.C. 20036-4504
+1 202.955.8500
jschwartz@gibsondunn.com
ltownsend@gibsondunn.com
dmanthripragada@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Andrew DeCarlow*

Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1 206.274.0154
andrew.decarlow@morganlewis.com

Richard G. Rosenblatt, *Admitted Pro Hac Vice*
James P. Walsh, Jr., *Admitted Pro Hac Vice*
502 Carnegie Center
Princeton, NJ 08540
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

Sarah Zenewicz, *Admitted Pro Hac Vice*
One Market Spear Street Tower
San Francisco, CA 94105
sarah.zenewicz@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554-JCC — Page 2

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
(949) 451-4087

Dated:  March 10, 2025

LICHTEN & LISS-RIORDAN, P.C.

By:   *s/ Shannon Liss-Riordan*

Shannon Liss-Riordan (*pro hac vice*)
Harold L. Lichten (*pro hac vice*)
Jeremy Abay (*pro hac vice*)
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
jabay@llrlaw.com

FRANK FREED SUBIT & THOMAS LLP

Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
(949) 451-4087

1

## **ORDER**

2       IT IS SO ORDERED.

3

4       DATED:       March 10           , 2025.

5

6

7

8

9

10      HON. JOHN C. COUGHENOUR
        UNITED STATES DISTRICT COURT JUDGE

11      *Presented by:*

12      Dated: March 10, 2025                Respectfully submitted,

13                                           GIBSON, DUNN & CRUTCHER LLP

14                                           By: *s/ Megan Cooney*

15                                               Megan Cooney, *Admitted Pro Hac Vice*
16                                               3161 Michelson Drive, Suite 1200
                                                 Irvine, CA 92612-4412
17                                               +1 949.451.4087
                                                 mcooney@gibsondunn.com

18                                               Jason C. Schwartz, *Admitted Pro Hac Vice*
19                                               Lucas C. Townsend, *Admitted Pro Hac Vice*
                                                 Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
20                                               1700 M Street, N.W.
                                                 Washington, D.C. 20036-4504
21                                               +1 202.955.8500
                                                 jschwartz@gibsondunn.com
22                                               ltownsend@gibsondunn.com
                                                 dmanthripragada@gibsondunn.com

23

24                                           MORGAN, LEWIS & BOCKIUS LLP

25                                           By: *s/ Andrew DeCarlow*

26                                               Andrew DeCarlow, WSBA No. 54471
27                                               1301 Second Avenue, Suite 3000
                                                 Seattle, WA 98101

28

STIPULATION AND [PROPOSED] ORDER                GIBSON, DUNN & CRUTCHER LLP
                                                    3161 Michelson Drive, Suite 1200
No. 2:16-cv-1554-JCC  — Page 4                              Irvine, CA 92612
                                                           (949) 451-4087

+1 206.274.0154
andrew.decarlow@morganlewis.com

Richard G. Rosenblatt, *Admitted Pro Hac Vice*
James P. Walsh, Jr., *Admitted Pro Hac Vice*
502 Carnegie Center
Princeton, NJ 08540
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

Sarah Zenewicz, *Admitted Pro Hac Vice*
One Market Spear Street Tower
San Francisco, CA 94105
sarah.zenewicz@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*

Dated: March 10, 2025          LICHTEN & LISS-RIORDAN, P.C.

By: *s/ Shannon Liss-Riordan*

Shannon Liss-Riordan (*pro hac vice*)
Harold L. Lichten (*pro hac vice*)
Jeremy Abay (*pro hac vice*)
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
jabay@llrlaw.com

FRANK FREED SUBIT & THOMAS LLP

Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*

STIPULATION AND [PROPOSED] ORDER

No. 2:16-cv-1554-JCC — Page 5

GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612
(949) 451-4087