THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>        Defendants. | No. 2:16-cv-1554-JCC<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS PENDING COMPLETION OF MEDIATION; [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>April 21, 2025 |

**STIPULATION**

Plaintiffs and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), by and through their undersigned counsel of record, hereby stipulate and request that the Court vacate all existing deadlines and stay the proceedings pending the completion of private mediation.

On December 2, 2024, the Court issued an order granting Plaintiffs' motion for conditional certification under the FLSA. ECF 381 at 12. On January 31, 2025, the Parties filed their proposed forms of FLSA notice. *See* ECF 407-1; ECF 407-2.

On March 27, 2025, the Court granted the Parties' joint stipulation to extend all existing case deadlines. ECF 421. Accordingly, the deadline for issuance of FLSA notice was extended to April 29, 2025. The deadline for Plaintiffs to file their motion for class certification and for Defendants to file their renewed motion to compel arbitration was extended to May 16, 2025. The deadline for Defendants to file their opposition to Plaintiffs' motion for class certification and for Plaintiffs to file their opposition to Defendants' renewed motion to compel arbitration was extended to July 16, 2025. The deadline for the Parties to file their replies was extended to August 6, 2025.

On March 27, 2025, the Court issued an order approving the form of the FLSA notice to be issued. ECF 422.

The Parties have now agreed to participate in private mediation. The Parties are in the process now of selecting a mediator and setting a date for mediation.

The Parties have met and conferred, and agree that, to promote judicial efficiency, save the Court's and the Parties' time and resources, and facilitate a potential resolution through mediation, all existing deadlines should be vacated, and all proceedings should be stayed pending the mediation that is to be set by the Parties.

The Parties therefore stipulate to the following:

1. All existing case deadlines, including those related to the issuance of notice to the FLSA collective, Plaintiffs' forthcoming motion for class certification, Defendants'

forthcoming renewed motion to compel arbitration, and Plaintiffs' pending Motion to Remedy and Sanction Defendants' *Ex Parte* Communications (ECF 424) are vacated.

2. All proceedings in this action are stayed pending completion of the mediation to be set by the Parties.

3. Within 90 days of today's date, or fourteen days of the conclusion of mediation, whichever comes first, the Parties will file a joint report advising the Court on the status of the case and how they suggest the case should proceed.

Stipulated by and between the Parties through their counsel of record:

Dated: April 23, 2025

By:  s/ *Shannon Liss-Riordan*

Shannon Liss-Riordan (*pro hac vice*)
Harold L. Lichten (*pro hac vice*)
Jeremy Abay (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
jabay@llrlaw.com

Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*

| | |
|---|---|
| Dated: April 21, 2025 | GIBSON, DUNN & CRUTCHER LLP |

By:  s/ *Megan Cooney*

    Megan Cooney, *Admitted Pro Hac Vice*
    3161 Michelson Drive, Suite 1200
    Irvine, CA 92612-4412
    +1 949.451.3800
    mcooney@gibsondunn.com

    Jason C. Schwartz, *Admitted Pro Hac Vice*
    Lucas C. Townsend, *Admitted Pro Hac Vice*
    Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
    1700 M Street, N.W.
    Washington, D.C. 20036-4504
    +1 202.955.8500
    jschwartz@gibsondunn.com
    ltownsend@gibsondunn.com
    dmanthripragada@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP

By:  s/ *Andrew DeCarlow*

    Andrew DeCarlow, WSBA No. 54471
    1301 Second Avenue, Suite 3000
    Seattle, WA 98101
    +1 206.274.0154
    andrew.decarlow@morganlewis.com

    Richard G. Rosenblatt, *Admitted Pro Hac Vice*
    James P. Walsh, Jr., *Admitted Pro Hac Vice*
    502 Carnegie Center
    Princeton, NJ 08540
    +1 609.919.6600
    richard.rosenblatt@morganlewis.com
    james.walsh@morganlewis.com

    Sarah Zenewicz, *Admitted Pro Hac Vice*
    One Market Spear Street Tower
    San Francisco, CA 94105
    +1 415.442.1790
    sarah.zenewicz@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*

JOINT STIPULATION TO STAY PROCEEDINGS
PENDING COMPLETION OF MEDIATION;
[PROPOSED] ORDER

No. 2:16-cv-1554-JCC — Page 3

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED this   22nd   day of         April         2025.

_____
The Honorable John C. Coughenour

*Presented by:*

Dated: April 23, 2025

By:  s/ *Shannon Liss-Riordan*

Shannon Liss-Riordan (*pro hac vice*)
Harold L. Lichten (*pro hac vice*)
Jeremy Abay (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
jabay@llrlaw.com

Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*

Dated: April 25, 2025        GIBSON, DUNN & CRUTCHER LLP

By:  s/ *Megan Cooney*

|   |   |
|---|---|
| 1 | Megan Cooney, *Admitted Pro Hac Vice* |
| 2 | 3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612-4412<br>+1 949.451.3800 |
| 3 | mcooney@gibsondunn.com |

        Jason C. Schwartz, *Admitted Pro Hac Vice*
        Lucas C. Townsend, *Admitted Pro Hac Vice*
        Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
        1700 M Street, N.W.
        Washington, D.C. 20036-4504
        +1 202.955.8500
        jschwartz@gibsondunn.com
        ltownsend@gibsondunn.com
        dmanthripragada@gibsondunn.com

        MORGAN, LEWIS & BOCKIUS LLP

        By: *s/ Andrew DeCarlow*

        Andrew DeCarlow, WSBA No. 54471
        1301 Second Avenue, Suite 3000
        Seattle, WA 98101
        +1 206.274.0154
        andrew.decarlow@morganlewis.com

        Richard G. Rosenblatt, *Admitted Pro Hac Vice*
        James P. Walsh, Jr., *Admitted Pro Hac Vice*
        502 Carnegie Center
        Princeton, NJ 08540
        +1 609.919.6600
        richard.rosenblatt@morganlewis.com
        james.walsh@morganlewis.com

        Sarah Zenewicz, *Admitted Pro Hac Vice*
        One Market Spear Street Tower
        San Francisco, CA 94105
        +1 415.442.1790
        sarah.zenewicz@morganlewis.com

        *Attorneys for Defendants*
        *Amazon.com, Inc. and Amazon Logistics, Inc.*