The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM INC. and<br>AMAZON LOGISTICS, INC.,<br><br>Defendants. | Consolidated Action<br>Case No. C16-1554-JCC<br><br>**JOINT STATUS REPORT** |

JOINT STATUS REPORT
Case No. C16-01554-JCC

Pursuant to the Court's Stipulated Order dated April 22, 2025 (Dkt. No. 432), the parties submit this Joint Status Report. The parties are scheduled to mediate this matter, along with *Waithaka v. Amazon.com, Inc.*, No. 2:19-cv-01320-JCC (W.D. Wash.), on September 10, 2025. Accordingly, the parties agree that the case remains stayed through at least September 24, 2025, when the parties will submit a further joint status report advising the Court of the outcome of mediation and their views on how the case should proceed.

Dated: July 21, 2025                    LICHTEN & LISS-RIORDAN, P.C.

          By: *s/ Shannon Liss-Riordan*
             Shannon Liss-Riordan (*pro hac vice*)
             Harold L. Lichten (*pro hac vice*)
             Jeremy Abay (*pro hac vice*)
             729 Boylston Street, Suite 2000
             Boston, MA 02116
             (617) 994-5800
             sliss@llrlaw.com
             hlichten@llrlaw.com
             jabay@llrlaw.com

             Michael C. Subit, WSBA No. 29189
             FRANK FREED SUBIT & THOMAS LLP
             705 Second Avenue, Suite 1200
             Seattle, WA 98104
             (206) 682-6711
             msubit@frankfreed.com

             *Attorneys for Rittmann Plaintiffs*

Case No. C16-01554-JCC                    1

GIBSON, DUNN & CRUTCHER LLP

By:   *s/ Megan Cooney*
Megan Cooney (*pro hac vice*)
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
+1 949.451.4087
mcooney@gibsondunn.com
Jason C. Schwartz (*pro hac vice*)
Lucas C. Townsend (*pro hac vice*)
Dhananjay S. Manthripragada (*pro hac vice*)
1700 M Street, N.W.
Washington, D.C. 20036-4504
+1 202.955.8500
jschwartz@gibsondunn.com
ltownsend@gibsondunn.com
dmanthripragada@gibsondunn.com


MORGAN, LEWIS & BOCKIUS LLP

By:   *s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1 206.274.0154
andrew.decarlow@morganlewis.com

Richard G. Rosenblatt (*pro hac vice*)
James P. Walsh, Jr. (*pro hac vice*)
502 Carnegie Center
Princeton, NJ 08540
richard.rosenblatt@morganlewis.com
james.walsh@morganlewis.com

Sarah Zenewicz (*pro hac vice*)
One Market Spear Street Tower
San Francisco, CA 94105
sarah.zenewicz@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*