THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC. and AMAZON LOGISTICS, INC., <br><br> Defendants. | No. 2:16-cv-1554-JCC <br><br> **JOINT STATUS REPORT** |

1  Plaintiffs and Defendants Amazon.com, Inc. and Amazon Logistics, Inc., by and through their undersigned counsel of record, hereby submit the following joint report consistent with their joint stipulation to stay proceedings (ECF 432).

The parties attended a second day of mediation on October 22, 2025. The parties did not reach a resolution of this matter, but have agreed to participate in a third day of mediation, which is scheduled for November 13, 2025. The parties agree that the stay of the case shall continue through at least fourteen (14) days after mediation, when the parties will submit a joint status report advising the Court of the results of mediation.

Dated: November 4, 2025

By: s/ *Shannon Liss-Riordan*

Shannon Liss-Riordan (*pro hac vice*)
Harold L. Lichten (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com

Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*

Dated: November 4, 2025

GIBSON, DUNN & CRUTCHER LLP

By: s/ *Megan Cooney*

Megan Cooney, *Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
+1 949.451.3800
mcooney@gibsondunn.com

1
2    Jason C. Schwartz, *Admitted Pro Hac Vice*
     Lucas C. Townsend, *Admitted Pro Hac Vice*
3    Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
     1700 M Street, N.W.
4    Washington, D.C. 20036-4504
     +1 202.955.8500
5    jschwartz@gibsondunn.com
     ltownsend@gibsondunn.com
6    dmanthripragada@gibsondunn.com

7
8    MORGAN, LEWIS & BOCKIUS LLP

9
     By: s/ *Andrew DeCarlow*
10
       Andrew DeCarlow, WSBA No. 54471
11     1301 Second Avenue, Suite 3000
       Seattle, WA 98101
12     +1 206.274.0154
       andrew.decarlow@morganlewis.com
13
       Richard G. Rosenblatt, *Admitted Pro Hac Vice*
14     James P. Walsh, Jr., *Admitted Pro Hac Vice*
       502 Carnegie Center
15     Princeton, NJ 08540
       +1 609.919.6600
16     richard.rosenblatt@morganlewis.com
       james.walsh@morganlewis.com
17
       Sarah Zenewicz, *Admitted Pro Hac Vice*
18     One Market Spear Street Tower
       San Francisco, CA 94105
19     +1 415.442.1790
       sarah.zenewicz@morganlewis.com
20
     *Attorneys for Defendants*
21   *Amazon.com, Inc. and Amazon Logistics, Inc.*

22
23
24
25
26
27
28