THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9   BERNADEAN RITTMANN *et al.*,            No. 2:16-cv-1554-JCC

10              Plaintiffs,                 **JOINT STATUS REPORT**

11        v.

12   AMAZON.COM, INC. and AMAZON
     LOGISTICS, INC.,
13
14              Defendants.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs and Defendants Amazon.com, Inc. and Amazon Logistics, Inc., by and through their undersigned counsel of record, hereby submit the following joint report consistent with their joint stipulation to stay proceedings (ECF 432).

The parties agreed to participate in a third day of mediation, which was originally scheduled for November 13, 2025.  This mediation was continued, and the parties are working to set a new date.  The parties agree that the stay of the case shall continue through at least fourteen (14) days after the third mediation date, when the parties will submit another joint status report advising the Court of the results of mediation.

Dated: November 25, 2025

By:    s/ Shannon Liss-Riordan

Shannon Liss-Riordan (*pro hac vice*)
Harold L. Lichten (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com

Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*

Dated:  November 25, 2025

GIBSON, DUNN & CRUTCHER LLP

By:  s/ Megan Cooney

Megan Cooney, *Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
+1 949.451.3800
mcooney@gibsondunn.com

Jason C. Schwartz, *Admitted Pro Hac Vice*
Lucas C. Townsend, *Admitted Pro Hac Vice*
Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
1700 M Street, N.W.
Washington, D.C. 20036-4504
+1 202.955.8500
jschwartz@gibsondunn.com
ltownsend@gibsondunn.com
dmanthripragada@gibsondunn.com


MORGAN, LEWIS & BOCKIUS LLP


By:  s/ Andrew DeCarlow

    Andrew DeCarlow, WSBA No. 54471
    1301 Second Avenue, Suite 3000
    Seattle, WA 98101
    +1 206.274.0154
    andrew.decarlow@morganlewis.com

    Richard G. Rosenblatt, *Admitted Pro Hac Vice*
    James P. Walsh, Jr., *Admitted Pro Hac Vice*
    502 Carnegie Center
    Princeton, NJ 08540
    +1 609.919.6600
    richard.rosenblatt@morganlewis.com
    james.walsh@morganlewis.com

    Sarah Zenewicz, *Admitted Pro Hac Vice*
    One Market Spear Street Tower
    San Francisco, CA 94105
    +1 415.442.1790
    sarah.zenewicz@morganlewis.com

    *Attorneys for Defendants*
    *Amazon.com, Inc. and Amazon Logistics, Inc.*