THE HONORABLE JOHN C. COUGHENOUR

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BERNADEAN RITTMANN, et al.,

               Plaintiffs,

    vs.

AMAZON.COM, INC.; AMAZON
LOGISTICS, INC.,

               Defendants.

NO. 2:16-cv-01554-JCC

**NOTICE OF ADDRESS CHANGE**

**[CLERK'S ACTION REQUIRED]**

TO:    THE CLERK OF COURT; and

TO:    ALL COUNSEL OF RECORD

    PLEASE TAKE NOTE that effective March 18, 2026, Terrell Marshall Law Group

PLLC, counsel for Plaintiff, has relocated to new offices at the following address:

    TERRELL MARSHALL LAW GROUP PLLC
    1700 Westlake Avenue North, Suite 300
    Seattle, Washington 98109

    RESPECTFULLY SUBMITTED AND DATED this 19th day of March, 2026.

               TERRELL MARSHALL LAW GROUP PLLC

               By: */s/ Jennifer Rust Murray*
                  Jennifer Rust Murray, WSBA #36983
                  Email:  jmurray@terrellmarshall.com
                  Beth E. Terrell, WSBA #26759
                  Email:  bterrell@terrellmarshall.com
                  Blythe H. Chandler, WSBA #43387

NOTICE OF ADDRESS CHANGE - 1
CASE NO. 2:16-CV-01554-JCC

Email: bchandler@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Steven M. Tindall, *Admitted Pro Hac Vice*
Email: smt@classlawgroup.com
Joshua J. Bloomfield, *Admitted Pro Hac Vice*
Email: jjb@classlawgroup.com
Ashleigh A. Musser, *Admitted Pro Hac Vice*
Email: aam@classlawgroup.com
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

*Attorneys for Plaintiff*

NOTICE OF ADDRESS CHANGE - 2
CASE NO. 2:16-CV-01554-JCC