THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERNADEAN RITTMANN *et al.*,<br><br>            Plaintiffs,<br><br>        v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>            Defendants. | No. 2:16-cv-1554-JCC<br><br>**JOINT STATUS REPORT** |

JOINT STATUS REPORT
No. 2:16-cv-1554-JCC

## JOINT STATUS REPORT

Pursuant to the Court's Order of July 7, 2026 (Dkt. 439), the parties submit this joint status report. The parties have engaged in ongoing discussions regarding potential settlement since the stay was issued in this case on April 22, 2025 (Dkt. 432). The parties have engaged in private mediation, including sessions held on September 10, 2025, and October 22, 2025. Counsel have continued their discussions directly since those sessions. The case has not resolved, though the parties are continuing their discussions. The parties are now working on scheduling a third session of mediation, which they hope to complete within the next 60 days.

The parties propose that they file a joint status report in thirty (30) days, by August 20, 2026, with either (1) the date of the parties' third mediation session, or (2) their proposals for next steps in the litigation, including proposals for scheduling. In the meantime, the parties respectfully request that no other deadlines be set until they submit their proposals.

Dated: July 21, 2026

By: s/ *Shannon Liss-Riordan (with permission)*

Shannon Liss-Riordan (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com

Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*

Dated: July 21, 2026

GIBSON, DUNN & CRUTCHER LLP

By: s/ *Megan Cooney*

Megan Cooney, *Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412

JOINT STATUS REPORT
No. 2:16-cv-1554-JCC — Page 1

+1 949.451.3800
mcooney@gibsondunn.com

Jason C. Schwartz, *Admitted Pro Hac Vice*
Lucas C. Townsend, *Admitted Pro Hac Vice*
Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
1700 M Street, N.W.
Washington, D.C. 20036-4504
+1 202.955.8500
jschwartz@gibsondunn.com
ltownsend@gibsondunn.com
dmanthripragada@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Andrew DeCarlow (with permission)*

Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1 206.274.0154
andrew.decarlow@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*

JOINT STATUS REPORT
No. 2:16-cv-1554-JCC — Page 2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the registered attorneys of record.

DATED: July 21, 2026

> <u>*/s/ Megan Cooney*</u>
> Megan Cooney