THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERNADEAN RITTMANN *et al.*,

Plaintiffs,

v.

AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,

Defendants.

No. 2:16-cv-1554-JCC

**JOINT STATUS REPORT**

**JOINT STATUS REPORT**

In accordance with their joint status report submitted on July 21, 2026 (Dkt. 440), the parties submit this joint status report to advise the Court that the parties are scheduled to attend their third mediation session on October 21, 2026.

The parties propose that they file a joint status report within two weeks after the scheduled mediation, by November 4, 2026, advising the Court of the outcome of the mediation and how they suggest the case proceed. In the meantime, the parties respectfully request that the case remain stayed and no other deadlines be set until they submit their report post-mediation.

Dated: August 19, 2026

By: */s/ Shannon Liss-Riordan*

Shannon Liss-Riordan (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com

Michael C. Subit, WSBA No. 29189
FRANK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
(206) 682-6711
msubit@frankfreed.com

*Attorneys for Rittmann Plaintiffs*

Dated: August 19, 2026

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Megan Cooney*

Megan Cooney, *Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
+1 949.451.3800
mcooney@gibsondunn.com

Jason C. Schwartz, *Admitted Pro Hac Vice*
Lucas C. Townsend, *Admitted Pro Hac Vice*
Dhananjay S. Manthripragada, *Admitted Pro Hac Vice*
1700 M Street, N.W.
Washington, D.C. 20036-4504

+1 202.955.8500
jschwartz@gibsondunn.com
ltownsend@gibsondunn.com
dmanthripragada@gibsondunn.com

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Andrew DeCarlow*

Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
+1 206.274.0154
andrew.decarlow@morganlewis.com

*Attorneys for Defendants*
*Amazon.com, Inc. and Amazon Logistics, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the registered attorneys of record.

DATED: August 19, 2026

*/s/ Megan Cooney*
Megan Cooney